IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT BENDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE,<br><br>　　　　Defendants. | CASE NO: 4:23-cv-203<br><br>DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) |

　　　　COME NOW Defendants Ottumwa Community School District and Dana Warnecke, ("Defendants"), by and through their undersigned counsel, and hereby file this Reply in support of their motion to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) and Local Rule 7 and state as follows:

　　　　Plaintiff acknowledges legal error and removes his claim of punitive damages against the District. However, regarding Warnecke's alleged involvement, in further acknowledgement of errors, Plaintiff attempts to rescue his claims via an amended complaint to make unsupported averments against Warnecke. Without the amendment, Plaintiff fails to state these claims against Warnecke and seems to fully acknowledge this fact.

　　　　As noted in Defendants' resistance to the motion to amend, which is incorporated by reference, the Court should deny the amendment in its discretion. Plaintiff filed his case; his lawsuit fails to tie Warnecke to action or inaction. It bears mention that the case is not undeveloped. The parties started at the civil rights agency as condition precedent to the lawsuit and Plaintiff had the opportunity to discover facts at the administrative level. Accordingly, having not plead sufficient facts, Warnecke should also be dismissed.

/s/ Michele L. Brott
Michele L. Brott, AT0010068
Logan Kraus, AT0013433
DENTONS DAVIS BROWN P.C.
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: michele.brott@dentons.com
Email: logan.kraus@dentons.com
ATTORNEYS FOR DEFENDANT

Copies to:

Roxanne Conlin
Devin Kelly
Roxanne Conlin & Associates, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321
Email:  roxanne@roxanneconlinlaw.com
Email:  dkelly@roxanneconlinlaw.com
cc:         dpalmer@roxanneconlinlaw.com
ATTORNEYS FOR PLAINTIFF

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings on September 5, 2023, by:

__ U.S. Mail                __ FAX
__ Hand Delivered      __ Overnight Courier
__ Federal Express      X Other: E-filing

Signature:  /s/ Michele L. Brott