IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | |
|---|---|
| ROBERT BENDER,<br><br>	Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, AND DANA WARNECKE,<br><br>	Defendants. | **CASE NO. 4:23-cv-203**<br><br>**PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement during the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? **X yes** ☐ **no**

*See Attachment 1.*

If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **December 22, 2023**

*If any party objected during the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this proposed scheduling order and discovery plan is filed in the court's CM/ECF system, serve and file a document in which the objections are set forth with particularity.*

2. Deadline for motions to add parties: **September 2, 2024**
3. Deadline for motions to amend pleadings: **September 2, 2024**
4. Expert witnesses certified and all disclosures made by:
    a. Plaintiff: **October 2, 2024**
    b. Defendant: **December 2, 2024**
    c. Plaintiff Rebuttal: **January 2, 2025**

5. Deadline for *completion* of discovery: **December 25, 2024**

6. Dispositive motions deadline: **January 24, 2025**
   (*at least 150 days before Trial Ready Date*)\

7. Trial Ready Date: **June 23, 2025**
   (***at least 150 days after Dispositive Motions Date***)

8. Has a jury demand been filed? **X yes** ☐ **no**

9. Estimated length of trial: **10 days**

10. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? ☐ **yes X no**

11. Are each of the attorneys in this case admitted to practice in the Southern District of Iowa pursuant to Local Rule 83? **X yes** ☐ **no**

Respectfully Submitted,

*/s/ Devin C. Kelly*
ROXANNE CONLIN, AT0001642
DEVIN C. KELLY, AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com,
       dkelly@roxanneconlinlaw.com,
   cc: dpalmer@roxanneconlinlaw.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Michele L. Brott*
Michele L. Brott, AT0010068
Logan Kraus, AT0013433
DENTONS DAVIS BROWN P.C.
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: michele.brott@dentons.com
Email: logan.kraus@dentons.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on November 17, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                            */s/     Devin C. Kelly*