**Attachment 1 – Discovery Plan Agreed Discovery Procedures:**

a. **Unique Circumstances:**

Potential deponents in this matter include a wide variety of individuals with varying life circumstances and availability, including minor children, which could complicate or prolong the discovery process.

b. **Electronic Discovery Provisions:**

The parties have agreed that production of electronically stored information will be according to the rules set forth in the Federal Rules of Civil Procedure regarding electronically stored information.

c. **Privileged and/or Confidential Communications and Information:**

The parties have agreed to, and the Court has entered, a Stipulated Protective Order governing the production and use of various documents and records, including those covered by FERPA. Other than this Protective Order, the parties agree that no special provisions are needed regarding discovery of allegedly confidential information. If such issues arise, the parties will seek judicial intervention if they cannot be resolved informally.

d. **Protective Orders:**

The parties have agreed to, and the Court has entered, a Stipulated Protective Order governing the production and use of various documents and records, including those covered by FERPA. Other than this Protective Order, the parties agree that no special provisions are needed regarding protective orders at this time. Should the need for an additional protective order arise, the parties will negotiate in good faith to reach agreement on a proposed order to submit to the Court.

e. **No Waiver of Objections:**

The parties agree that by entering into this Discovery Plan agreement they are not waiving any objections to discovery requests which the parties may otherwise have.