UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT BENDER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE,<br><br>　　　　　Defendants. | 4:23-CV-00203-SHL-HCA<br><br><br>SCHEDULING AND<br>TRIAL SETTING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on November 21, 2023. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. A Jury Trial shall begin on **June 23, 2025** at **9:00 AM** before United States District Judge Stephen H. Locher at the United States Courthouse, Des Moines, Iowa. Trial is estimated to take ten days.

2. A Final Pretrial Conference shall be held on **June 13, 2025** at **11:00 a.m.** at the United States Courthouse, Des Moines, Iowa, before Judge Stephen H. Locher.

3. Initial Disclosures shall be made by **December 22, 2023.**

4. Motions to add parties shall be filed by **June 6, 2024**.

5. Motions for leave to amend pleadings shall be filed by **June 6, 2024**.

6. Plaintiff shall designate expert witnesses and disclose their written reports by **July 9, 2024**.

7. Defendant shall designate expert witnesses and disclose their written reports by **September 9, 2024**.

8. Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by **October 4, 2024**.

9. Discovery shall be completed by **December 2, 2024.** Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by **January 24, 2025.**

IT IS SO ORDERED.

DATED November 21, 2023.

_Helen C. Adams_
Helen C. Adams
Chief U.S. Magistrate Judge