# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISON

| | |
|---|---|
| ROBERT BENDER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE,<br><br>　　　　Defendants. | CASE No. 4:23-cv-203<br><br>**MOTION FOR LEAVE BY PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND JURY DEMAND** |

COMES NOW Plaintiff, by and through Counsel, and in support of his Motion for Leave to File Second Amended Complaint and Jury Demand states as follows:

1. "A party may amend its pleading once as a matter of course no later than…21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ P. 15(a)(1)(B).

2. "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." *Id*. at 15(a)(2).

3. "Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

4. Plaintiff filed his action on June 15, 2023. Dk. 1.

5. On September 20, 2023, with Court approval, he filed his First Amended Complaint. Dk. 21.

6. The facts and allegations set forth in Plaintiff's First Amended Complaint pertain to the

1

claims of discrimination, harassment, and retaliation, set forth in Plaintiff's first administrative complaint filed with the Iowa Civil Rights Commission and the EEOC.

7. Subsequently, Plaintiff has filed a second administrative complaint setting forth further harassment, discrimination, and/or retaliation he has been subjected to at Defendant Ottumwa Community School District since he filed his first administrative complaint.

8. Plaintiff has now received the authorization to file suit on the allegations set forth in his second administrative complaint from the Iowa Civil Rights Commission and is awaiting the authorization to file suit from the EEOC/Department of Justice.

9. Plaintiff now wishes to file a Second Amended Complaint in which he incorporates the additional factual allegations of discrimination, harassment, and/or retaliation contained in his second administrative complaint into this current lawsuit.

10. Plaintiff's Second Amended Complaint adds two additional defendants but does not add Counts.

11. Rather than have two separate lawsuits stemming from allegations of discrimination and harassment on the basis of race or skin color, as well as allegations of retaliation, against Defendants, Plaintiff believes it is most efficient to simply amend Plaintiff's current lawsuit (this case) with the allegations set forth in his second administrative complaint.

12. Trial in this matter is set for December 1, 2025.

13. Justice requires this Second Amended Complaint be allowed as it will not prejudice any of the Defendants, does not significantly change the overall litigation landscape of this case, and is a better use of all parties', and the Court's, resources rather than having two similar but separate lawsuits pending between the parties and before this Court.

14. No party, nor the Court, will be prejudiced by it being granted.

15. Good cause exists, and justice requires, that this Motion for Leave be granted.

16. Attorney Kelly has contacted Defendants' Counsel earlier today as to whether their clients will consent to the filing of the Second Amended Complaint and Jury Demand. As of the filing of this Motion, he has not heard back.

WHEREFORE, Plaintiff respectfully requests this Court GRANT this Motion for Leave to File Second Amended Complaint and Jury Demand and order that the attached proposed Second Amended Complaint and Jury Demand be deemed filed in the docket as the operative pleading.

>*/s/ Roxanne Conlin*
>ROXANNE CONLIN AT0001642
>DEVIN C. KELLY AT0011691
>ROXANNE CONLIN & ASSOCIATES, P.C.
>3721 SW 61st Street, Suite C
>Des Moines, IA 50321-2418
>Phone: (515) 283-1111; Fax: (515) 282-0477
>Email: roxanne@roxanneconlinlaw.com,
>         dkelly@roxanneconlinlaw.com,
>    cc: dpalmer@roxanneconlinlaw.com
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on January 16, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

>*/s/ Devin C. Kelly*