**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ROBERT BENDER,<br><br>     Plaintiff,<br><br>vs.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, DANA WARNECKE, LONNA KASTER, and CARLY WETTSTEIN.<br><br>     Defendants. | CASE NO:  4:23-cv-203-SHL-HCA<br><br><br><br>**JOINT NOTICE REGARDING STATUS CONFERENCE** |

COME NOW the Parties, by and through the undersigned counsel, and state as follows:

1.       This case is set for a telephonic status conference on December 10, 2025 at 10:30 a.m.

2.       Trial is scheduled to begin September 14, 2026.

3.       The discovery deadline is February 27, 2026, and the dispositive motions deadline is April 3, 2026.

4.       The Parties continue to engage in discovery and believe they are on track to meet current deadlines.

5.       Counsel for the Parties have conferred and do not have any issues to discuss with the Court at this time. As such, unless the Court has matters to discuss, the status conference set for December 10, 2025 can be cancelled.

*/s/ Devin Kelly*
_____
Roxanne Conlin (AT0001642)
Devin Kelly (AT0011691)
Roxanne Conlin & Associates, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA  50321-2418
roxanne@roxanneconlinlaw.com
dkelly@roxanneconlinlaw.com
dpalmer@roxanneconlinlaw.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Lindsay Vaught*
_____
Andrew T. Tice (AT0007968)
Lindsay A. Vaught (AT0010517)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone:  515/243-7611
Facsimile:  515/243-2149
E-mail:  atice@ahlerslaw.com
lvaught@ahlerslaw.com
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their
respective addresses disclosed on the pleadings on:                    December 8, 2025

By:   ☐  U.S. Mail                    ☐  Fax

      ☐  Hand delivery              ☐  Private Carrier

      ☒  Electronically (*e.g.* CM/ECF)   ☐  E-mail

Signature:      */s/ Lindsay Vaught*