**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| ROBERT BENDER,<br><br>         Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, DANA WARNECKE, LONNA KASTER, and CARLY WETTSTEIN,<br><br>         Defendants. | Case No.: 4:23-cv-203-SHL-HCA<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

COME NOW Defendants Ottumwa Community School District (the "District"), Jerry Miller ("Miller"), Dana Warnecke ("Warnecke"), Lonna Kaster ("Kaster"), and Carly Wettstein ("Wettstein"), pursuant to Fed. R. Civ. P. 56 and Local Rule 56, and hereby move the Court for summary judgment in their favor, and in support, state as follows:

1.      Plaintiff Robert Bender ("Plaintiff") filed this action asserting claims of harassment based on race, race discrimination, and retaliation.

2.      Plaintiff's Second Amended Complaint alleges five counts: (1) violation of 42 U.S.C. § 1981 against all Defendants; (2) violation of the Equal Protection clause of the United States Constitution pursuant to 42 U.S.C. § 1983 against all Defendants; (3) discrimination based on race and color and retaliation in violation of Title VII against the District; (4) harassment and discrimination on the basis of race and color in violation of the Iowa Civil Rights Act ("ICRA") against all Defendants; and (5) retaliation in violation of the ICRA against all Defendants.

3.      Because there are no genuine questions of material fact at issue and Plaintiff's claims fail as a matter of law, summary judgment in Defendants' favor is appropriate.

4.      Defendants hereby move for summary judgment int heir favor on all claims against all Defendants. The grounds for this motion, stated under separate argument hearings as required by Local Rule 56(a)(1), are as follows:

A.      Plaintiff's harassment claims fail as a matter of law because:

i.      Plaintiff did not experience harassment based on race;

ii.     Harassment did not affect a term, condition, or privilege of employment; and

iii.    Defendants are not liable for the harassment.

B.      Plaintiff's race/color discrimination claims fail as a matter of law because:

i.      Plaintiff did not suffer an adverse employment action; and

ii.     Plaintiff cannot show any inference of discrimination, and Defendants have articulated legitimate, nondiscriminatory reasons for their actions which Plaintiff cannot show are a pretext for discrimination.

C.      Plaintiff's retaliation claims fail as a matter of law because:

i.      Plaintiff did not suffer an adverse action; and

ii.     Plaintiff cannot show any causal connection between protected activity and an adverse action, and Defendants have articulated legitimate, nonretaliatory reasons for their actions which Plaintiff cannot show are a pretext for retaliation.

D.      The record does not support an award of punitive damages.

5.      Pursuant to Local Rules 56(a)(2)–(4), Defendants have filed a Brief, Statement of Undisputed Material Facts, and Appendix (including a Confidential Appendix) in support of this Motion for Summary Judgment, all of which are incorporated herein by reference.

WHEREFORE, for the reasons stated above and those stated in the supporting Brief, Defendants request the Court grant their Motion for Summary Judgment, dismiss Plaintiff's claims

with prejudice, and enter judgment in favor of Defendants Ottumwa Community School District,

Jerry Miller, Dana Warnecke, Lonna Kaster, and Carly Wettstein

*/s/ Andrew T. Tice*

*/s/ Lindsay A. Vaught*
Andrew T. Tice (AT0007968)
Lindsay A. Vaught (AT0010517)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: atice@ahlerslaw.com
**ATTORNEYS FOR DEFENDANTS**

**Served Upon.**

Roxanne Conlin
Devin Kelly
Roxanne Conlin & Associates, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
roxanne@roxanneconlinlaw.com
dkelly@roxanneconlinlaw.com
dpalmer@roxanneconlinlaw.com
**ATTORNEYS FOR PLAINTIFF**

| CERTIFICATE OF SERVICE | | |
|---|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on:    April 10, 2026 | | |
| By: ☐ U.S. Mail | | ☐ Fax |
| ☐ Hand delivery | | ☐ Private Carrier |
| ☒ Electronically (*via CM/ECF*) | | ☐ E–mail |
| Signature:    */s/ Derek Smith* | | |

4921-0439-0816-1\13473-045