**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISON**

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, DANA WARNECKE, LONNA KASTER, and CARLY WETTSTEIN,<br><br>Defendants. | CASE No. 4:23-cv-203-SHL-HCA<br><br>**PLAINTIFF'S PARTIAL RESISTANCE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Plaintiff, by and through Counsel, and in partial resistance to Defendants' Motion for Summary Judgment states as follows:

1. On April 10, 2026, Defendants filed their Motion for Summary Judgment seeking the dismissal of Plaintiff's Second Amended Complaint in its entirety. Dk. 101
2. Plaintiff hereby **resists** the dismissal of his claims for a racially hostile work environment and punitive damages.
3. Plaintiff will be proceeding to dismiss the remainder of his claims.
4. Accompanying this Partial Resistance, Plaintiff is filing his BRIEF IN RESISTANCE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, RESPONSES TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, STATEMENT OF DISPUTED AND/OR ADDITIONAL MATERIAL FACTS IN RESISTANCE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, and APPENDIX. These materials are incorporated into this Partial Resistance as if fully set forth verbatim herein.

WHEREFORE, Plaintiff respectfully requests that Defendants' Motion for Summary Judgment be DENIED as explained further in this Resistance and the accompanying filings.

*/s/ Devin C. Kelly*
ROXANNE CONLIN AT0001642
DEVIN C. KELLY AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com,
dkelly@roxanneconlinlaw.com,
cc: dpalmer@roxanneconlinlaw.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on May 6, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Devin C. Kelly*