**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISON**

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, ET AL.,<br><br>Defendants. | CASE No. 4:23-cv-203<br><br>**PLAINTIFF'S APPENDIX IN RESISTANCE TO DEFENDANTS' OMNIBUS MOTIONS IN LIMINE** |

**TABLE OF CONTENTS**

**Relevant Portions of Jerry Miller Deposition………...………... P MIL Resist. App. 0001-0003**

Respectfully submitted,

*/s/ Devin C. Kelly*

ROXANNE CONLIN, AT0001642
DEVIN C. KELLY, AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com,
dkelly@roxanneconlinlaw.com,
cc: dpalmer@roxanneconlinlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on August 18, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Devin C. Kelly*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br><br>vs.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, ET AL.,<br><br>Defendants. | CASE NO. 4:23-cv-203<br><br>VIDEOTAPED DEPOSITION OF JERRY LEE MILLER |

THE VIDEOTAPED DEPOSITION OF JERRY LEE MILLER, taken before Chris A. Quinlin, Registered Professional Reporter and Notary Public of the State of Iowa, commencing at 9:07 a.m., March 6, 2026, at 155 North Ferry Street, Ottumwa, Iowa.

Reported by: Chris A. Quinlin, R.P.R.

94

[redacted]

96

[redacted]

Do you remember, was it a parent or a student had filed a civil rights complaint against the school district back in -- oh, was it probably 2021?

**A.** Yes.

95

[redacted]

97

**Q.** What do you remember of that complaint?

**A.** Aaron Ruff was the building principal, and he's the one that handled it.

**Q.** You said he was the building principal?

**A.** Um-hum.

**Q.** For --

**A.** He was the principal '20-'21.

**Q.** Did you have any involvement in it?

**A.** I did not.

[redacted]

**Q.** [redacted]

C E R T I F I C A T E

I, the undersigned, a Registered Professional Reporter and Notary Public of the State of Iowa, do hereby certify that I acted as the Registered Professional Reporter in the foregoing matter at the time and place indicated herein; that I took in shorthand the proceedings had at said time and place; that said shorthand notes were reduced to typewriting under my supervision and direction, and that the foregoing pages are a full and correct transcript of the shorthand notes so taken; that said deposition was not submitted for review.

I further certify that I am neither attorney nor counsel for, or related to or employed by any of the parties in the foregoing matter, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 17th day of March, 2026.

________________________________
REGISTERED PROFESSIONAL REPORTER
AND NOTARY PUBLIC