**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE,<br><br>Defendants. | Case No.: 4-23-cv-203-SHL-HCA<br><br>**PLAINTIFF'S RESISTANCE TO DEFENDANTS' MOTION IN LIMINE RE: PLAINTIFF'S EXPERT PETER GLICK** |

COMES NOW Plaintiff, by and through Counsel, and hereby resists Defendants' Motion in Limine regarding Plaintiff's Expert Dr. Peter Glick. Attached to this Resistance, Plaintiff is providing his Brief in Resistance which he incorporates as if fully set forth herein. For the reasons set forth therein, Plaintiff respectfully requests that Defendants' Motion in Limine regarding Plaintiff's Expert Dr. Peter Glick be denied.

Respectfully Submitted,

/s/ *Devin C. Kelly*

ROXANNE CONLIN AT0001642
DEVIN C. KELLY AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com
dkelly@roxanneconlinlaw.com
cc: dpalmer@roxanneconlinlaw.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on August 20, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

_*/s/ Devin C. Kelly*________________________