IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE<br><br>Defendants. | Case No.: 4:23-cv-203-SHL-HCA<br><br>**DEFENDANTS' EXHIBIT LIST** |

COME NOW Defendants Ottumwa Community School District (the "District"), Jerry Miller ("Miller"), and Dana Warnecke ("Warnecke"), and list the following exhibits for the trial of this matter subject to offer:

| Exhibit | Description | Bates | Pretrial Classification | Offered | Admitted |
|---|---|---|---|---|---|
| 201 | Plaintiff's Application | DEF 1130-1143 | A | | |
| 202 | Plaintiff's Application Letter | DEF 1146 | A | | |
| 203 | Plaintiff's Probationary Teacher Contract | DEF 1115-1116 | A | | |
| 204 | Jerry Miller Application for Substitute Teaching | DEF 1000-1001 | A | | |
| 205 | Jerry Miller Application to Teach | DEF 0989-0990 | A | | |
| 206 | Jerry Miller Resume | DEF 0988 | A | | |

| | | | | | |
|---|---|---|---|---|---|
| 207 | Jerry Miller Administrator Evaluation Form, dated 4/2/18 | DEF 0851-0861 | C **Objection – Foundation, Authenticity, Hearsay, Relevancy, Rule 403** | | |
| 208 | Jerry Miller Administrator Evaluation Form, dated 5/17/19 | DEF 0840-0850 | **C Objection – Foundation, Authenticity, Hearsay, Relevancy, Rule 403** | | |
| 209 | Dana Warnecke Application for Teaching Position | DEF 0086-0087 | A | | |
| 210 | Dana Warnecke Application to Teach | DEF 0088-0089 | A | | |
| 211 | Dana Warnecke Application for Elementary Principal | DEF 0084-0085 | A | | |
| 212 | Dana Warnecke Resume | DEF 0228 | A | | |
| 213 | Dana Warnecke Resume | DEF 0235-0236 | A | | |
| 214 | Dana Warnecke Administrator Evaluation Form, dated 5/20/20 | DEF 0101-0111 | C **Objection – Foundation, Authenticity, Hearsay, Relevancy, Rule 403** | | |
| 215 | Warnecke and Plaintiff Emails re Plan for Return and Re-entry, dated 8/30/21 | DEF 2031 | A | | |
| 216 | Warnecke and Plaintiff Emails re Issues at Lunch, dated 8/30/21 | DEF 2032 | A | | |

| | | | | | |
|---|---|---|---|---|---|
| 217 | Warnecke and Plaintiff Emails re Meeting, dated 9/8/21 | DEF 2033-2035 | C<br>**Objection - Rule 106, Relevancy, Rule 403** | | |
| 218 | Warnecke and Plaintiff Emails re 7th Grade Lunch, dated 9/16/21 | DEF 2036 | A | | |
| 219 | Miller and Plaintiff Emails re Student Removal, dated 9/20/21 | DEF 2037 | A | | |
| 220 | Miller and Plaintiff Emails re Students, dated 10/22/21 | DEF 2038 | A | | |
| 221 | Warnecke and Plaintiff Emails re Parent Complaint, dated 11/4/21 | DEF 2039 | A | | |
| 222 | List of Concerns, dated 11/5/21 | DEF 1108-1109 | C<br>**Objection - Foundation, Authenticity, Hearsay, Pending Motion in Limine, Rule 403** | | |
| 223 | Warnecke and Plaintiff Emails re Keeping Students in School, dated 1/4/22 | DEF 2040 | A | | |
| 224 | Baird Coaching Correspondence & Notes re Coaching, dated 2/17/22 | DEF 3105-3108 | A | | |
| 225 | AEA Email, dated 2/28/22 | DEF 1904 | A | | |
| 226 | Miller to Plaintiff Email re Student Issue, dated 3/30/22 | DEF 3199 | A | | |

| | | | | | |
|---|---|---|---|---|---|
| 227 | Evans Cabinet Meeting Notes, dated 9/3/21 | DEF 2042 | C<br>**Objection - Foundation, Authenticity, Hearsay, Rule 403** | | |
| 228 | Evans Cabinet Meeting Notes, dated 2/25/22 | DEF 2043 | C<br>**Objection - Foundation, Authenticity, Hearsay, Rule 403, Rule 106** | | |
| 229 | Plaintiff's Office Referral Materials, dated 3/2/22-4/19/22 | RBC 0192-0200, 0210-0214 | A | | |
| 230 | Jeffrey Hendred Emails re Transcript | DEF 1984-1987 | A | | |
| 231 | Hendred Notes re First Semi-Structured Teacher Interview of Plaintiff | DEF 1966-1983 | C<br>**Objection - Foundation, Authenticity, Hearsay, Rule 403, Pending MIL, Relevancy** | | |
| 232 | Hendred Notes re Second Semi-Structured Teacher Interview of Plaintiff | DEF 1952-1965 | C<br>**Objection - Foundation, Authenticity, Hearsay, Rule 403, Pending MIL, Relevancy** | | |

| | | | | | |
|---|---|---|---|---|---|
| 233 | AUDIO – Hendred Interview of Plaintiff, dated 1/1/22 | DEF 2671 | C **Objection - Foundation, Authenticity, Hearsay, Rule 403, Pending MIL, Relevancy** | | |
| 233-1 | Audio clip from 0:00-5:30 | | C | | |
| 233-2 | Audio clip from 15:47-19:28 | | C | | |
| 233-3 | Audio clip from 19:28-21:17 | | C | | |
| 233-4 | Audio clip from 21:17-22:36 | | C | | |
| 233-5 | Audio clip from 26:19-28:27 | | C | | |
| 233-6 | Audio clip from 29:18-29:45 | | C | | |
| 233-7 | Audio clip from 37:10-38:00 | | C | | |
| 233-8 | Audio clip from 39:28-39:42 | | C | | |
| 234 | AUDIO – Hendred Interview of Plaintiff, dated 1/9/22 | DEF 2672 | C **Objection - Foundation, Authenticity, Hearsay, Rule 403, Pending MIL, Relevancy** | | |
| 234-1 | Audio clip from 0:00-00:10 | | C | | |
| 234-2 | Audio clip from 0:43-2:06 | | C | | |
| 234-3 | Audio clip from 2:53-4:50 | | C | | |

| | | | | | |
|---|---|---|---|---|---|
| 235 | AUDIO – Hendred Zoom Session, dated 1/23/22 | DEF 2670 | C **Objection - Foundation, Authenticity, Hearsay, Rule 403, Pending MIL, Relevancy** | | |
| 235-1 | Audio clip from 0:01-0:46 | | A | | |
| 235-2 | Audio clip from 1:22:38-1:23:37 | | A | | |
| 236 | Plaintiff's Iowa Civil Rights Commission Complaint, dated 8/13/24 | DEF 2678-2685 | C **Objection - Foundation, Hearsay, Rule 403, Relevancy, Pending MIL, Rule 403** | | |
| 237 | Peter Glick Retention Agreement Objection - Foundation, Hearsay, Rule 403 | RBC 0358-0360 | A | | |
| 238 | Plaintiff's Answers to Interrogatory Nos. 3, 10, 11 | | C **Objection - Foundation, Hearsay, Rule 403, Relevancy, Pending MIL** | | |
| 239 | Plaintiff's Deposition Transcript, dated 2/28/25 | | C **Objection - Foundation, Authenticity, Hearsay, Rule 403, Relevancy, Pending MIL** | | |

| | | | | | |
|---|---|---|---|---|---|
| 240 | Zoom #8 (4/22/22 Recording) | | | | |
| 240-1 | Zoom clip from 41:45 – 45:38 | | | | |
| 240-2 | Zoom clip from 50:03 – 50:58 | | | | |

Defendants reserve the right to use any and all exhibits listed by Plaintiff and/or other parties to this case on their Exhibit Lists, as well as any and all documents necessary for impeachment, rebuttal, or to refresh recollection.

Defendants reserve the right to amend or supplement this list, if necessary.

/s/ Andrew T. Tice

/s/ Lindsay A. Vaught

Andrew T. Tice (AT0007968)
Lindsay A. Vaught (AT0010517)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: atice@ahlerslaw.com
lvaught@ahlerslaw.com
**ATTORNEYS FOR DEFENDANTS**

**Electronically filed and served.**

Roxanne Conlin
Devin Kelly
Roxanne Conlin & Associates, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
roxanne@roxanneconlinlaw.com
dkelly@roxanneconlinlaw.com
dpalmer@roxanneconlinlaw.com
**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on:

By: ☐ U.S. Mail ☐ Fax
☐ Hand delivery ☐ Private Carrier
☒ Electronically (*via CM/ECF*) ☐ E–mail

Signature: /s/ Anne Stokely