IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE<br><br>Defendants. | Case No.: 4:23-cv-203-SHL-HCA<br><br><br><br>**DEFENDANTS' WITNESS LIST** |

COME NOW Defendants Ottumwa Community School District (the "District"), Jerry Miller ("Miller"), and Dana Warnecke ("Warnecke"), and submit the following potential witness list for trial in this matter, subject to call.

1. **Amanda Argueta** will testify regarding her interactions with Plaintiff, Plaintiff's interactions with students, her interactions with students, her interactions with School administration regarding Plaintiff and students, and her interactions with Associates working with Plaintiff.

2. **Holly Baird** will testify regarding her interactions with Plaintiff, Plaintiff's interactions with students, her interactions with students, and her interactions with School administration regarding Plaintiff and students.

3. **Michael Stiemsma** will testify regarding his interactions with Plaintiff, interactions with School administration regarding Plaintiff and students, the District's special programs including classroom management and student behaviors, and knowledge of the District's policies and procedures.

4. **Sarah Ziegler** will testify regarding her interactions with Plaintiff, Plaintiff's interactions with students, her interactions with students, her interactions with School administration regarding Plaintiff and students, and her interactions with Associates working with Plaintiff.

5. **Dr. Jeff Hendred** will testify regarding foundation, identification, and authenticity of exhibits.

6. **Dana Warnecke** will testify regarding her interactions with Plaintiff, Plaintiff's interactions with students, the School's policies and procedures, and Plaintiff's failure to abide by the School's policies and procedures. Ms. Warnecke will also testify regarding teaching techniques, student discipline, best practices for instruction and discipline of students with behavioral disorders, the instruction and discipline of students within public education in the State of Iowa, and the requirements of and limitations within the State of Iowa for the instruction and discipline of students with behavioral disorders within public school.

7. **Jerry Miller** will testify regarding his interactions with Plaintiff, Plaintiff's interactions with students, the School's policies and procedures, and Plaintiff's failure to abide by the School's policies and procedures. Mr. Miller will also testify regarding teaching techniques, student discipline, best practices for instruction and discipline of students with behavioral disorders, the instruction and discipline of students within public education in the State of Iowa, and the requirements of and limitations within the State of Iowa for the instruction and discipline of students with behavioral disorders within public school.

8. Any witness necessary to establish foundation for an exhibit or other evidence.

9. Any witness as may be necessary to rebut or impeach any witness offered by Plaintiff.

10. Defendants reserve the right to amend or supplement this list, if necessary.

/s/ Andrew T. Tice

/s/ Lindsay A. Vaught

Andrew T. Tice (AT0007968)
Lindsay A. Vaught (AT0010517)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: atice@ahlerslaw.com
lvaught@ahlerslaw.com
**ATTORNEYS FOR DEFENDANTS**

**Electronically filed and served.**

Roxanne Conlin
Devin Kelly
Roxanne Conlin & Associates, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
roxanne@roxanneconlinlaw.com
dkelly@roxanneconlinlaw.com
dpalmer@roxanneconlinlaw.com
**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on:

By: ☐ U.S. Mail ☐ Fax
☐ Hand delivery ☐ Private Carrier
☒ Electronically (*via CM/ECF*) ☐ E–mail

Signature: /s/ Anne Stokely

4914-6749-4860-1\13473-045