**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE,<br><br>Defendants. | **CASE No. 4:23-cv-00203**<br><br>**PLAINTIFF'S SUPPLEMENTAL WITNESS LIST** |

COMES NOW Plaintiff, by and through Counsel, and hereby submits the following supplemental witnesses for trial:

1. Amanda Argueta
   641-980-0070
   710 North Cooper Ave.
   Ottumwa, Iowa 52501
   Ms. Argueta will testify regarding her interactions with Plaintiff, Plaintiff's interactions with students, her interactions with students, her interactions with School administration regarding Plaintiff and students, actions taken by School administration, and her interactions with Associates working with Plaintiff. Ms. Argueta may also testify about anything covered in her deposition.

2. Renita Bender
   11435 Hwy 175
   Many, LA 71449
   (214) 290-4005
   Ms. Bender is Plaintiff's sister. Ms. Bender will testify as to her personal observations of how the racial harassment and the School's response impacted Plaintiff. Ms. Bender will testify via deposition.

3. Robert Bender
   Upper Unit 115 N Benton St.
   Ottumwa, IA 52501
   (318) 272-9073
   Mr. Bender will testify as to all matters concerning his case.

4. Dan Flugum
   (612) 413-8940
   Mr. Flugum is Plaintiff's minister and prior colleague. Mr. Flugum will testify regarding his interactions with Plaintiff, Plaintiff's interactions with students, his interactions with students, actions taken by School administration, and his interactions with School administration regarding Plaintiff and students. Mr. Flugum will testify as to his personal observations of how the racial harassment and the School's response impacted Plaintiff.

5. David Harper
   Mr. Harper will testify regarding his interactions with Plaintiff, Plaintiff's interactions with students, his interactions with students, actions taken by School administration, and his interactions with School administration regarding Plaintiff and students. Mr. Harper may also testify about anything covered in his deposition.

6. Chase Johnson
   (319) 850-0152
   Mr. Johnson will testify regarding his interactions with Plaintiff, Plaintiff's interactions with students, his interactions with students, actions taken by School administration, and his interactions with School administration regarding Plaintiff and students.

7. Peter Glick
   Dr. Glick is Plaintiff's designated expert. He will testify in accordance with his report and opinions.

8. Jerry Miller
   12283 48th Street,
   Ottumwa, IA 52501
   Mr. Miller will testify regarding his interactions with Plaintiff, Plaintiff's interactions with students, the School's policies and procedures, and actions taken by School administration. Mr. Miller may also testify about anything covered in his deposition.

9. Greg Patterson
   P.O. Box 125
   Pelican, LA 71063
   (318) 871-6045
   Mr. Patterson is Mr. Bender's friend. Mr. Patterson will testify as to his personal observations of how the racial harassment and the School's response impacted Plaintiff. Mr. Patterson will testify via deposition.

10. Michael Stiemsma
    909 E. Briggs Avenue
    Fairfield, Iowa 52556

Mr. Stiemsma will testify regarding his interactions with Plaintiff, Plaintiff's interactions with students, the School's policies and procedures, and actions taken by School administration. Mr. Miller may also testify about anything covered in his deposition.

11. Dana Warnecke
2181 Port Talbot Pl
Coralville, IA 52241
Ms. Warnecke will testify regarding her interactions with Plaintiff, Plaintiff's interactions with students, the School's policies and procedures, and actions taken by School administration. Ms. Warnecke may also testify about anything covered in her deposition.

Plaintiff reserves the right to call any witness necessary to lay foundation for the admission of an exhibit, any witness who sat for a deposition, any and all witnesses listed or called by another party or necessary to refute or respond to evidence offered by the adverse party and any witness necessary for impeachment or rebuttal.

*/s/ Devin C. Kelly*

ROXANNE CONLIN AT0001642
DEVIN KELLY AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com,
dkelly@roxanneconlinlaw.com,
cc: dpalmer@roxanneconlinlaw.com
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on September 7, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Devin C. Kelly*