IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE<br><br>Defendants. | Case No.: 4:23-cv-203-SHL-HCA<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFF'S WITNESS LIST AND MOTION TO LIMIT THE SCOPE OF TESTIMONY OF DAN FLUGUM** |

COME NOW Defendants Ottumwa Community School District (the "District"), Jerry Miller ("Miller"), and Dana Warnecke ("Warnecke"), and submit the following Objection to Plaintiff's Witness List and Motion to Limit the Scope of Testimony of Dan Flugum, and in support, state the following:

1. On August 24, 2026, Plaintiff filed the Parties' Proposed Final Pretrial Order. (ECF No. 137). Plaintiff attached to the Proposed Final Pretrial Order a Witness List. (ECF No. 137-1).

2. While attending the August 27, 2026 Final Pretrial Conference, counsel for Defendants raised with Plaintiff's counsel an objection to the scope of testimony listed for Dan Flugum as to subjects that were not previously disclosed. Plaintiff's counsel indicated he would look into it and follow up with defense counsel.

3. Specifically, during discovery, Plaintiff disclosed Dan Flugum as a Pastor who Plaintiff spoke with about his stress and how he was treated at work. *See* Ex. A; Ex. B. Plaintiff did not disclose or identify Dan Flugum as a colleague of Plaintiff's and did not disclose or identify Mr. Flugum as a person with first-hand knowledge of Plaintiff's interactions with students or

administration. *See* Ex. A; Ex. B. Plaintiff never disclosed or identified Mr. Flugum in his Initial Disclosures or any supplement thereto. *See* Ex. C.

4. On September 7, 2026, Plaintiff filed a Supplemental Witness List. (ECF No. 148). The substance of testimony listed in Plaintiff's Supplemental Witness List for Dan Flugum includes that Plaintiff intends to elicit testimony from Mr. Flugum about "Plaintiff's interactions with students, actions taken by School administration, and his interactions with School administration regarding Plaintiff and students." (ECF No. 148).

5. "If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless." Fed. R. Civ. P. 37(c)(1).

6. Plaintiff's failure to disclose Mr. Flugum as a colleague with first-hand knowledge of Plaintiff's interactions with students and administration is neither substantially justified nor harmless. Because Defendants understood Mr. Flugum to be Plaintiff's Pastor from whom Plaintiff sought counsel, Defendants did not attempt to contact Mr. Flugum. Plaintiff should not be permitted to elicit testimony from Mr. Flugum beyond the subjects which Plaintiff disclosed in discovery.

WHEREFORE, Defendants respectfully request that the Court limit the scope of testimony of Dan Flugum to the subjects of information that were disclosed during discovery.

Respectfully submitted,

/s/ Andrew T. Tice

/s/ Lindsay A. Vaught

Andrew T. Tice (AT0007968)
Lindsay A. Vaught (AT0010517)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: atice@ahlerslaw.com
lvaught@ahlerslaw.com
**ATTORNEYS FOR DEFENDANTS**

**Electronically Filed and Served Upon.**

Roxanne Conlin
Devin Kelly
Roxanne Conlin & Associates, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
roxanne@roxanneconlinlaw.com
dkelly@roxanneconlinlaw.com
dpalmer@roxanneconlinlaw.com
**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on: September 8, 2026

By: ☐ U.S. Mail ☐ Fax
☐ Hand delivery ☐ Private Carrier
☒ Electronically (*via CM/ECF*) ☐ E–mail

Signature: /s/ Anne Stokely

4924-3373-8446-1\13473-045