**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, DANA WARNECKE, LONNA KASTER, AND CARLY WETTSTEIN,<br><br>Defendants. | **Case No. 4:23-cv-203**<br><br>**PLAINTIFF'S SECOND SUPPLEMENTAL ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES** |

COMES NOW Plaintiff, Robert Bender, by and through his attorneys, Roxanne Conlin & Associates, P.C., and hereby submits the following Supplemental Answers to Defendants Ottumwa Community School District, Jerry Miller, and Dana Warnecke's Interrogatories 1-22.

*<u>/s/ Devin C. Kelly</u>*
ROXANNE CONLIN AT0001642
DEVIN C. KELLY AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111 Fax: (515) 282-0477
Email: dkelly@roxanneconlinlaw.com
roxanne@roxanneconlinlaw.com
CC: dpalmer@roxanneconlinlaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by serving each of the attorneys of record herein at their respective addresses disclosed in the pleadings on March 30, 2026, by:

| | |
|---|---|
| ☐ U.S. Mail | ☐ Fax |
| ☐ Hand-delivered | ☒ Email |
| ☐ Other: | |

*Signature: /s/ Devin C. Kelly*

Electronically served to:

Andrew T. Tice (AT0007968)
Lindsay A Vaught (AT0010517)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: atice@ahlerslaw.com
lvaught@ahlerslaw.com
ATTORNEYS FOR DEFENDANTS

**INTERROGATORY 15.** Identify by name and address all doctors, psychologists, counselors, social workers, pastoral counselors, addiction counselors or specialists, or other healthcare professionals, not already identified herein, who have provided care to you from 2019 to the present. For each such provider, state the dates of treatment and the type of treatment received.

**Answer:**

1. **Amanda Hedge**
    a. **Nurse practitioner**
    b. **201 S Market St.
    Ottumwa, IA 52501**
    c. **Prescribed Plaintiff anxiety medicine for a prior anxiety attack or TIA that happened on or around October 25, 2022.**
2. **Dan Fluguem**
    a. **Pastor**
    b. **4104 E 42nd St.
    Des Moines, IA 50317**
    c. **Fall of 2022, Plaintiff spoke with him about his stress and his treatment at Plaintiff's place of employment.**
3. **Ryan Smith**
    a. **Pastor**
    b. **658 N 8th St.
    Albia, IA 52531**
    c. **On or around November 2022, Plaintiff spoke with about work and his treatment at Evans Middle School.**
4. **Dr. Abdelrahman Aljadi, M.D.**
    a. **Cardiologist**
    b. **1005 Pennsylvania Ave Ste. 207
    Ottumwa, IA 52501**
    c. **Cardiology visit.**
5. **Dr. James F. Smith, M.D., F.A.C.C., F.S.C.A.I.**
    a. **Cardiologist**
    b. **1453 E Bert Kouns Industrial Loop Ste. 112,
    Shreveport, LA 71105**
    c. **Cardiology visit, which included a stress test on July 31, 2023.**
6. **MercyOne Iowa Heart Center**
    a. **5880 University Avenue
    West Des Moines, IA 50266**
    b. **Plaintiff got an MRI on November 4, 2022.**

**Supplemental Answer (March 30, 2026):**

**7. <u>Keokuk County Hospital & Clinics</u>**
**Amy Molyneux, LISW**
**Jason Polonsky, PA-C**
**1314 South Stuart Street**
**Sigourney, IA 52591**
**Plaintiff has received mental health treatment related to his claims at this facility**

**VERIFICATION**

I, Robert Bender, have read the foregoing Answers to Interrogatories and I believe them to be true and correct.

Robert Bender 03/30/2026

Signature Date