**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISCTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ROBERT BENDER,<br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, DANA WARNECKE, LONNA KASTER, and CARLY WETTSTEIN.<br>Defendants. | Case No.: 4:23-cv-203-SHL-HCA<br><br>**PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFF** |

COMES NOW Plaintiff Robert Bender, by and through his counsel, and pursuant to Federal Rule of Civil Procedure 33, hereby submits the following supplemental answers to Defendants' Second Set of Interrogatories.

*/s/ Devin C. Kelly*
ROXANNE CONLIN AT0001642
DEVIN C. KELLY AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com
dkelly@roxanneconlinlaw.com
cc: dpalmer@roxanneconlinlaw.com
ATTORNEYS FOR PLAINTIFF

Served electronically to:

Andrew T. Tice
Lindsay A. Vaught
AHLERS & COONEY, P.C.
ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on: 03/30/2026

By:
- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand delivery
- ☐ Private Carrier
- ☐ Electronically (*e.g. CM/ECF*)
- ☒ E-mail

Signature: /s/ *Devin C. Kelly*

**INTERROGATORY NO. 23:** Identify each healthcare provider, including mental health counselors, psychiatrist, therapists, or any other member of the medical profession, who has treated or examined you for any medical or mental health condition which you contend was caused by Defendants' actions as alleged in the Amended Complaint, and provide the following information:

a. The reason for said treatment or examination;

b. The nature, purpose, and extent of such treatment;

c. The date or periods of dates of treatment or examination by each practitioner and, if you are still treating, the date of your next scheduled examination or treatment;

d. Identification of any medications, prescription drugs, or supplements prescribed or recommended by each practitioner with respect to the treatment;

e. The factual basis for your contention that the treatment was necessitated by the acts and omissions alleged in your Amended Complaint;

f. The amount of charges rendered by each practitioner, indicating which charges have been paid and by wh v om;

g. A full description of the diagnosis and prognosis of each practitioner including the date on which it was made and whether it was in oral or written form; and

h. Whether the practitioner has prepared any written report, letter, or memoranda relating to such treatment.

**ANSWER:**

**Defendants are referred to Plaintiff's Answer to Interrogatory No. 15. In addition to the Answer provided in Interrogatory No. 15, Plaintiff has also seen the following healthcare providers:**

**Jason Polonsky, PA-C**
**1314 South Stuart Street**
**Sigourney, IA 52591**
**Amanda Hedge referred Plaintiff to meet with Polonsky for anxiety treatment. Mr. Bender has suffered from anxiety as well as mental/emotional distress that began due to the treatment he endured at Ottumwa Community School District. Treatment is pending.**

**Ryan Smith**
**Cornerstone Church**
**658 N 8th St**

**Albia, IA 52531**
**2022-Present**
**Mr. Bender has suffered from anxiety as well as mental/emotional distress that began due to the treatment he endured at Ottumwa Community School District.**

**Dan Fluguem**
**Free Grace United Church**
**22 S Main St.**
**Albia, IA 52531**
**2022Present**
**Mr. Bender has suffered from anxiety as well as mental/emotional distress that began due to the treatment he endured at Ottumwa Community School District.**

**Plaintiff was also seen at a medical facility in Clive, IA for a CAT Scan and was hospitalized for two days due to experiencing severe anxiety or a potential transient ischemic attack. Plaintiff cannot recall the specific facility he visited.**

**SUPPLEMENTAL ANSWER (MARCH 30, 2026)**:

**Amy Molyneux, LISW**
**Keokuk County Hospital & Clinics**
**1314 South Stuart Street**
**Sigourney, IA 52591**
**Mr. Bender has suffered from anxiety as well as mental/emotional distress that began due to the treatment he endured at Ottumwa Community School District. Treatment is on-going.**

**VERIFICATION**

I, Robert Bender, hereby certify that the foregoing answers to interrogatories are true and correct to the best of my knowledge and belief.

Dated: 03/30/2026

Robert Bender