**EXHIBIT C**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, DANA WARNECKE, LONNA KASTER, and CARLY WETTSTEIN,<br><br>Defendants. | **CASE No.** 4:23-cv-00203-SHL-HCA<br><br>**PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES** |

COMES NOW Plaintiff, by and through Counsel, and pursuant to Federal Rule of Civil Procedure 26 submits the following Supplemental Initial Disclosures:

**I. Persons with Knowledge**

A. **Plaintiff Robert Bender**
Plaintiff should be contacted through his legal counsel.
*Plaintiff has discoverable information regarding all aspects of his claims, including, but not limited to, liability, causation, and damages.*

B. **Defendant OTTUMWA COMMUNITY SCHOOL DISTRICT and its employees, agents, and representatives (including, but not limited to, Defendants JERRY MILLER and DANA WARNECKE and Mark Grego, Krissy Woods, Amanda Argueta, Kurt Hopkins, Principal Mike Egbert, David Harper, Jennifer Elkins, Officer Jeff Williams, Officer Chase Johnson, Tyler Chubb, Kathryn Streeby, Jill Morgan, Kelly Schulz, Pam De Boer, Stacey Munley, Angela Hoover, Katie Screeby, Gwen Marcellus, bus drivers, and bus aides).**
This public Defendant, and its employees, agents, and representatives, will be contacted through their legal counsel.
*The public Defendant, and its employees, agents, contractors, and representatives, have discoverable information regarding all aspects of Plaintiff's claims, including, but not limited to, liability, causation, and damages. They also have discoverable information regarding their defenses.*

C. **Various students of Defendant OTTUMWA COMMUNITY SCHOOL DISTRICT, including but not limited to, A.L., E.H., J.R., J.V., and T.M.**
The contact information for these minor children is unknown and/or in the possession and

knowledge of Defendant OTTUMWA COMMUNITY SCHOOL DISTRICT. *These children engaged in the racial harassment of which Plaintiff complains.*

D. **The following list of Plaintiff's close friends or family members have information about how the unlawful conduct has impacted Plaintiff.**

**Shirley Bender**
**11435 Hwy 175**
**Many, LA 71449**
**(318) 256-9115**

**Renita Bender**
**11435 Hwy 175**
**Many, LA 71449**
**(214) 290-4005**

**Regina Garner**
**11450 Hwy 175**
**Many, LA 71449**
**(318) 228-9845**

**Greg Patterson**
**P.O. Box 125**
**Pelican, LA 71063**
**(318) 871-6045**

**Mike Kidd**
**2715 Legion Rd.**
**Stonefort, IL 62987**
**(618) 771-7738**

**Beth Kidd**
**2715 Legion Rd.**
**Stonefort, IL 62987**
**(618) 771-7784**

E. **The persons identified or listed on any of the documents produced by the parties as part of discovery in this case.** These individuals have knowledge and discoverable information that relates to the document or material in which they are identified or listed. Presumably, their contact information is also reflected in the documents or material, or easily obtainable via an online search. If Defendants identify any individual within the documents or material that they request Plaintiff provide specific contact information for, please notify Plaintiff's counsel.

**FIRST SUPPLEMENTAL INITIAL DISCLOSURES (March 30, 2026):**

**F. Any person who sat for a deposition in this case**. The contact information for these individuals is identified in their deposition testimony or already in possession of Defendants and their Counsel. If Defendants need additional contact information for any of these individuals, they may contact Plaintiff's Counsel. These individuals have knowledge and information as disclosed during their depositions.

**G**. **Any expert designated by Plaintiff, including Dr. Peter Glick, Ph.D. and Plaintiff's treating providers.** The contact information for these individuals is identified in their expert materials or medical records or already in possession of Defendants and their Counsel. These individuals should be contacted through Plaintiff's Counsel. These individuals have knowledge and information as disclosed in their expert materials, reports, or records.

**H**. **Any individual identified in Defendants' Initial Disclosures or discovery materials.**

**I. Devin Baker**
(641) 919-8949
*Ms. Baker has information on Mr. Bender's reports of targeting by Defendants Kaster and/or Wettstein and how they were handled.*

**J. Joyce Vazquez**
Joyce.vazquez@ottumwaschools.com
*Ms. Vazquez has information on her IEPs and how they compared to Mr. Bender's and the feedback she received on them.*

**K. Brianne Stuchel**
2814 N. Court
Ottumwa, IA 52501
641-682-8591
*Ms. Stuchel is an employee of Great Prairie AEA. She has information about how IEPs are to be completed and how teachers, including Mr. Bender, at Ottumwa Community School District completed their IEPs.*

**L. Melissa Peterson**
2814 N. Court
Ottumwa, IA 52501
641-682-8591
*Ms. Peterson is an employee of Great Prairie AEA. She has information about how IEPs are to be completed and how teachers, including Mr. Bender, at Ottumwa Community School District completed their IEPs.*

**M. Amber Sprouse**
amber.sprouse@ottumwaschools.com
*Ms. Sprouse has information on Mr. Bender's reports of targeting by Defendants Kaster and/or Wettstein and how they were handled.*

**N. Melanie Farley**
melody.farley@ottumwaschools.com
*Ms. Farley has information on Mr. Bender's reports of targeting by Defendants Kaster and/or Wettstein and how they were handled.*

**O. Katherine Horn**
2814 N. Court
Ottumwa, IA 52501
641-682-8591
*Ms. Horn is an employee of Great Prairie AEA. She has information about how IEPs are to be completed and how teachers, including Mr. Bender, at Ottumwa Community School District completed their IEPs.*

## II. Documents

**Plaintiff's Tax Returns.**
**Defendants' internal policies and procedures regarding employment, harassment, discrimination, misconduct, and technology retention.**
**Plaintiff's, and witness's, written/documented reports and complaints of the racial harassment.**
**Any documents produced by either party in discovery.**

**FIRST SUPPLEMENTAL INITIAL DISCLOSURES (March 30, 2026):**

**Any documents produced by either party in discovery or referred to in their Initial Disclosures.**

| | |
|---|---|
| RBC 0001 – 0191 | Text Messages and social media of Robert Bender |
| RBC 0192 – 0248 | Documents and communications with OCSD (Confidential) |
| RBC 0249 – 0276 | Tax Return |
| RBC 0277 - 0289 | United States Department of Education Office of Civil Rights letter to Mike McGrory, OCSD re: Completed Investigation<br>Note: District in violation for failing to respond to a hostile environment based on race |
| RBC 0290 – 0300 | Resolution Agreement OCSD (unsigned) |
| RBC 0301 | Video of Discipline Referral paper re: Alexander Lathrop (Confidential) |
| RBC 0302 – 0318 | Peter Glick - CV |

| | |
|---|---|
| RBC 0319 – 0357 | Peter Glick - Expert Report |
| RBC 0358 – 0360 | Peter Glick - Expert Retainer Agreement |
| RBC 0361-0562 | Misc. communications with Amber Sprouse, Zach Forrett, Devin Baker |
| RBC 0563-0590 | Various emails with Plaintiff, Kaster, Wettstein, and third parties. |
| RBC 0591-0602 | R. Bender Observation Feedback materials |
| RBC 0603 | Recording of Jordan Buell |

## III.Damages

*Economic Damages*:

- Past and future loss of wages, benefits, and other emoluments of employment.
- Any other losses or expenses Plaintiff has incurred as a result of Defendants' conduct which have yet to be identified.

*Noneconomic Damages:*

- Past and future mental and emotional harm and anguish, anxiety, fear, and loss of enjoyment of life.

*Punitive Damages.*

**Plaintiff's calculation as to his economic damages is on-going and will be supplemented when an estimated number is known. Plaintiff is not required to provide an exact dollar amount for noneconomic or punitive damages at this stage. Plaintiff may engage an expert to more accurately assess the value of his economic and noneconomic damages as discovery continues.**

**FIRST SUPPLEMENTAL INITIAL DISCLOSURES (March 30, 2026):**

**As Plaintiff remains employed with Defendant School District, he does not intend to seek economic damages associated with lost income or earning capacity. Plaintiff's economic damages associated with mental health and associated treatment remains on-going.**

**Plaintiff estimates his noneconomic damages for past and future emotional distress at $3.0 million. Plaintiff arrives at this figure by assessing each day he suffered at the Evans Middle School at $5,000, $1,000 per day once he transferred to the High School, and $25,000 per year for the remainder of his life based on the standard mortality table. Plaintiff reserves all right to request a higher or lower amount at trial.**

*/s/ Devin C. Kelly*
ROXANNE CONLIN AT0001642
DEVIN C. KELLY AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.

3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com
dkelly@roxanneconlinlaw.com
cc: dpalmer@roxanneconlinlaw.com

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the below noted parties, or their counsel, to the above cause by serving each at their respective addresses below on March 30, 2026 by:

☐ U.S. Mail ☐ Fax
☐ Hand-delivered X Email
☐ Other: ______________________

Signature: _*Devin C. Kelly*___________________________________

Electronically served to:

ANDREW T. TICE
LINDSAY A. VAUGHT
AHLERS & COONEY, P.C.
ATTORNEYS FOR DEFENDANTS