**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:23-cv-00203-SHL-HCA : Clerk's Court Minutes – Jury Selection/Jury Trial Day 1

| Plaintiff(s) | Defendant(s) |
|---|---|
| Robert Bender | Ottumwa Community School District; Jerry Miller; and Dana Warnecke |

Plaintiff(s) Counsel: Devin Ceres Kelly; Tyler Adams; and Michael Taylor

Defendant(s) Counsel: Andrew T. Tice and Lindsay A. Vaught

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / Ruling Reserved |
|---|---|---|
| Plaintiff's Motion to Reconsider Dr. Glick's Testimony (ECF 155) | Denied | |
| Defendants' Objections to Scope of Testimony of Dan Flugum (ECF 150) | Overruled | |

Proceedings:

8:38 a.m. Court in session. The Court takes up pretrial matters with counsel. The Court denies Plaintiff's Motion to Reconsider Dr. Glick's Testimony (ECF 155) for the reasons set forth on the record. The Court overrules Defendants' Objections to the Scope of the Testimony of Dan Flugum. 8:52 a.m. Court recesses. 9:13 a.m. Jury pool enters courtroom. 9:15 a.m. Court reconvenes. Jury pool is placed under oath. The Court conducts voir dire. 10:13 a.m. Plaintiff conducts voir dire. 10:44 a.m. Jury excused from courtroom. 10:47 a.m. Court recesses. 11:02 a.m. Court reconvenes. The Court denies Plaintiff's motion to strike juror for cause. 11:10 a.m. Jury pool reenters courtroom. Plaintiff resumes voir dire. 11:22 a.m. Defendants conduct voir dire. 12:05 p.m. Parties exercise peremptory strikes. 12:12 p.m. The Court announces jury members and releases jurors not selected for trial. 12:15 p.m. Court recesses. 1:17 p.m. Court reconvenes. Jury reenters courtroom. 1:22 p.m. Impaneled jury is placed under oath. 1:22 p.m. The Court reads preliminary jury instructions. 1:35 p.m. Plaintiff presents opening statement. 1:53 p.m. Defendants present opening statement. 2:10 p.m. Plaintiff calls witness, Chase Johnson. Witness sworn and testifies. 2:24 p.m. Plaintiff calls witness, Robert Bender. Witness sworn and testifies. 3:02 p.m. Court recesses. 3:18 p.m. Court reconvenes. Testimony of Robert Bender resumes. 4:47 p.m. Jurors are released for the day. The Court takes up matters with counsel outside the presence of the jury. 4:59 p.m. Court adjourns.

Jury Trial to resume at 8:30 a.m. on September 15, 2026.

Time Start: 8:38 a.m.
Time End: 4:59 p.m.
Date: September 14, 2026

/s/ M. Mast
Deputy Clerk