**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:23-cv-00203-SHL-HCA : Clerk's Court Minutes – Jury Trial Day 2

| Plaintiff(s) | Defendant(s) |
|---|---|
| Robert Bender | Ottumwa Community School District; Jerry Miller; and Dana Warnecke |

Plaintiff(s) Counsel: Devin Ceres Kelly; Tyler Adams; and Michael Taylor

Defendant(s) Counsel: Andrew T. Tice and Lindsay A. Vaught

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| | |

Proceedings:

8:40 a.m. Court in session. The Court takes up matters with counsel outside the presence of the jury. 9:10 a.m. Jury enters courtroom. 9:11 a.m. Testimony of Robert Bender resumes. 10:28 a.m. Jury excused from courtroom. 10:37 a.m. Court recesses. 11:04 a.m. Court reconvenes. The Court takes up matters with counsel outside the presence of the jury. 11:20 a.m. Jury reenters courtroom. Testimony of Robert Bender resumes. 11:33 a.m. Plaintiff calls witness, Michael Stiemsma. Witness sworn and testifies. 12:01 p.m. Jury excused from courtroom. 12:02 p.m. Court recesses. 12:48 p.m. Court reconvenes. 12:53 p.m. Jury reenters courtroom. Testimony of Michael Stiemsma resumes. 1:44 p.m. Plaintiff calls witness, Amanda Argueta-Lopez. Witness sworn and testifies. 2:35 p.m. Jury excused. Court recesses. 2:54 p.m. Court reconvenes. Testimony of Amanda Argueta-Lopez resumes. 3:18 p.m. Plaintiff calls witness, Renita Bender, via video deposition testimony. 3:29 p.m. Plaintiff calls witness, Greg Patterson, via video deposition testimony. 3:42 p.m. Jurors are released for the day. Court adjourns.

Jury Trial to resume at 8:30 a.m. on September 16, 2026.

Time Start: 8:40 a.m.
Time End: 3:42 p.m.
Date: September 15, 2026

/s/ M. Mast
Deputy Clerk