**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge
Case No. 4:23-cv-00203-SHL-HCA : Clerk's Court Minutes – Jury Trial Day 3

| Plaintiff(s) | Defendant(s) |
|---|---|
| Robert Bender | Ottumwa Community School District; Jerry Miller; and Dana Warnecke |

Plaintiff(s) Counsel: Devin Ceres Kelly; Tyler Adams; and Michael Taylor

Defendant(s) Counsel: Andrew T. Tice and Lindsay A. Vaught

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / Ruling Reserved |
|---|---|---|
| Defendants' Oral Motion for Judgment as a Matter of Law | | X |

Proceedings:

8:36 a.m. Court in session. 8:38 a.m. Jury enters courtroom. 8:38 a.m. Plaintiff calls witness, David Harper. Witness sworn and testifies. 8:52 a.m. Plaintiff calls witness, Dana Warnecke. Witness sworn and testifies. 9:35 a.m. Plaintiff calls witness, Jerry Miller. Witness sworn and testifies. 9:55 a.m. Jury excused from courtroom. 9:57 a.m. Court recesses. 10:21 a.m. Court reconvenes. Jury reenters courtroom. 10:23 a.m. Plaintiff calls witness, Dan Flugum. Witness sworn and testifies. 10:35 a.m. Plaintiff rests. 10:36 a.m. Jury excused from courtroom. Plaintiff makes record as to the testimony of Dr. Glick. 10:38 a.m. Defendants move for judgment as a matter of law pursuant to Rule 50(a). Plaintiff responds. The Court takes Defendants' Motion under advisement and reserves ruling. 10:59 a.m. Court recesses. 11:12 a.m. Court reconvenes. Jury reenters courtroom. 11:14 a.m. Defendants call witness, Holly Baird. Witness sworn and testifies. 11:37 a.m. Defendants call witness, Sarah Ziegler. Witness sworn and testifies. 12:19 p.m. Jury excused from courtroom. Court recesses. 1:08 p.m. Court reconvenes. Testimony of Sarah Ziegler resumes. 1:50 p.m. Defendants call witness, Jeff Hendred. Witness sworn and testifies. 2:32 p.m. Defendants call witness, Dana Warnecke. Witness remains under oath and testifies. 2:49 p.m. Jury excused from courtroom. 2:50 p.m. Court recesses. 3:06 p.m. Court reconvenes. Testimony of Dana Warnecke resumes. 4:36 p.m. Jurors are released for the day. 4:44 p.m. Court adjourns.

Jury Trial to resume at 8:30 a.m. on September 17, 2026.

Time Start: 8:36 a.m.
Time End: 4:44 p.m.
Date: September 16, 2026

/s/ M. Mast
Deputy Clerk