**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge
Case No. 4:23-cv-00203-SHL-HCA : Clerk's Court Minutes – Jury Trial Day 4

---

| Plaintiff(s) | Defendant(s) |
|---|---|
| Robert Bender | Ottumwa Community School District; Jerry Miller; and Dana Warnecke |

---

Plaintiff(s) Counsel: Devin Ceres Kelly; Tyler Adams; and Michael Taylor

Defendant(s) Counsel: Andrew T. Tice and Lindsay A. Vaught

Court Reporter: Tonya Gerke : Interpreter: N/A

---

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| Defendants' Renewed Motion for Judgment as a Matter of Law | Granted in Part; Denied in Part; Ruling Reserved in Part |

---

Proceedings:

8:34 a.m. Court in session. 8:46 a.m. Jury enters courtroom. Testimony of Dana Warnecke resumes. 9:55 a.m. Defendants call witness, Jerry Miller. Witness remains under oath and testifies. 10:15 a.m. Jury excused from courtroom. Court recesses. 10:32 a.m. Court reconvenes. 10:36 a.m. Jury reenters courtroom. Testimony of Jerry Miller resumes. 11:52 a.m. Jury excused from courtroom. Plaintiff argues for a spoliation instruction against Defendants. Defendants respond. The Court issues its ruling on the Defendant's Motion for Judgment as a Matter of Law. For the reasons stated on the record, the Motion is granted as to Count 1 as it relates to the School District only and the Motion is otherwise denied. The Court reserves ruling as to the punitive damages aspect of the Defendants' Motion. 12:17 p.m. Court recesses. 12:48 p.m. Court reconvenes. Jury reenters courtroom. Defendants rest. 12:52 p.m. Jurors are released for the day. Court recesses. Court adjourns. 1:27 p.m. Court reconvenes. Defendants renew their Motion for Judgment as a Matter of Law. Plaintiff renews his response. The Court reasserts its prior ruling: the Motion is granted in part, denied in part, and ruling is reserved in part. The Court and counsel discuss final jury instructions. 2:10 p.m. Court recesses.

Jury Trial to resume at 8:30 a.m. on September 18, 2026.

Time Start: 8:34 a.m.
Time End: 2:10 p.m.
Date: September 17, 2026

/s/ M. Mast
Deputy Clerk