**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge
Case No. 4:23-cv-00203-SHL-HCA : Clerk's Court Minutes – Jury Trial Day 5

| Plaintiff(s) | Defendant(s) |
|---|---|
| Robert Bender | Ottumwa Community School District; Jerry Miller; and Dana Warnecke |

Plaintiff(s) Counsel: Devin Ceres Kelly; Tyler Adams; and Michael Taylor

Defendant(s) Counsel: Andrew T. Tice and Lindsay A. Vaught

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| | | : | |
| | | : | |
| | | : | |

Proceedings:

8:34 a.m. Court in session. The Court and counsel discuss final jury instruction. 8:43 a.m. Jury enters courtroom. 8:44 a.m. Final Jury Instructions are read by the Court. 9:03 a.m. Plaintiff presents closing arguments. 9:28 a.m. Defendants present closing arguments. 10:30 a.m. Jury excused from courtroom. Court recesses. 10:42 a.m. Court reconvenes. 10:44 a.m. Plaintiff presents rebuttal closing arguments. 11:15 a.m. Jury released to commence deliberations. 11:16 a.m. Court recesses. At 4:11 p.m., the Court is notified of a question from the jury. 4:19 p.m. Court reconvenes with counsel via telephone conference to take up the jury's question. 4:22 p.m. Court recesses and an answer to the jury's question is delivered to the jurors. At 5:10 p.m., the Court is notified of additional questions from the jury. 5:18 p.m. Court reconvenes with counsel via telephone conference to take up the jury's questions. 5:26 p.m. Court recesses and an answer to the jury's questions are delivered. At 5:41 p.m., the Court is notified the jury has reached a verdict. 5:50 p.m. Court reconvenes. Jury reenters courtroom. The Court publishes the jury's verdict. Defendants request jury polling. Jury is polled. 5:55 p.m. Jury is discharged. 5:59 p.m. Court recesses.

Time Start: 8:34 a.m.
Time End: 5:59 p.m.
Date: September 18, 2026

/s/ M. Mast
Deputy Clerk