Are teachers allowed to have access to PowerSchool refferrals?

[redacted]

9/18/26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT BENDER,<br>Plaintiff,<br>v.<br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE,<br>Defendants. | **No. 4:23-cv-00203-SHL-HCA**<br><br>**ANSWER TO JURY QUESTION ONE** |

I received your note asking:

*"Are teachers allowed to have access to Powerschool referrals?"*

Answer:

During your deliberations, I am not permitted to answer questions about the facts. You must instead rely on your notes and recollection of the evidence.

Dated this 18th day of September, 2026.

Stephen H. Locher
UNITED STATES DISTRICT JUDGE