Does the punitive damage money come from each individual?

Who pays the emotional distress money?

Can the district go back to Miller or Warnecke for emotional distress the money?

[redacted]

Sept 18, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT BENDER,<br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE,<br>Defendants. | **No. 4:23-cv-00203-SHL-HCA**<br><br>**ANSWER TO JURY QUESTIONS TWO, THREE, AND FOUR** |

I received your note asking:

*"Does the punitive damage money come from each individual?"*

*"Who pays the emotional distress money?"*

*"Can the district go back to Miller or Warnecke for emotional distress the money?"*

Answer: In rendering your verdicts, you should not concern yourself with who ultimately would pay any award of damages that you decide to make. For additional information, please refer back to the Final Instructions.

Dated this 18th day of September, 2026.

Stephen H. Locher
UNITED STATES DISTRICT JUDGE