IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT BENDER<br><br>Plaintiff,<br><br>vs.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE,<br><br>Defendants. | Case No. 4:23-cv-2[redacted]3-SHL-HCA<br><br>**VERDICT FORM** |

**QUESTION NO. 1:** Did the plaintiff, Robert Bender, prove his claim for hostile work environment, as submitted in Final Instruction No. 5? (You must render a separate verdict for each of the defendants. Note, however, that if you answer YES as to one or both of Jerry Miller and Dana Warnecke, you must answer YES as to the Ottumwa Community School District.)

As to Ottumwa Community School District:

Yes __X__ No ______

As to Jerry Miller:

Yes __X__ No ______

As to Dana Warnecke:

Yes __X__ No ______

*If you answered YES as to one or more of the defendants, go to Question No. 2.*

*If answered NO as to all three of the defendants, do not answer the remaining Questions. Instead, simply sign the last page of the Verdict Form.*

**QUESTION NO. 2:** What amount of actual damages, if any, do you find that the plaintiff proved as a direct result of the conduct of the defendant(s) for whom you answered "YES" in Question No. 1?

Emotional Distress: 425,000

**QUESTION NO. 3:** Do you assess punitive damages against Jerry Miller?

Yes X No ______?

If YES, state the amount: $ 100

**QUESTION NO. 4:** Do you assess punitive damages against Dana Warnecke?

Yes X No ______?

If YES, state the amount: $ 100

*Sign the Verdict Form below:*

[redacted]

Foreperson

9-18-26

Date