# Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

## Personal Data

| | | | | |
|---|---|---|---|---|
| **Name:** | Mr. | Robert | L | Bender |
| | (Title) | (First) | (Middle Initial) | (Last) |

Other name(s) under which transcripts, certificates, and former applications may be listed:

| | | | | |
|---|---|---|---|---|
| **Other:** | | | | |
| | (Title) | (First) | (Middle Initial) | (Last) |

**Email Address:** Rlbender46@gmail.com

## Postal Address

**Permanent Address**

Number & Street: 11435 Hwy 175
Apt. Number:
City: Many
State/Province: LA
Zip/Postal Code: 71449
Country: United States of America
Daytime Phone: [redacted]
Home/Cell Phone:

**Present Address**

Number & Street: 1307 East Plum Street
Apt. Number:
City: Ottumwa
State/Province: IA
Zip/Postal Code: 52501
Country:
Phone Number: [redacted]

## Employment Desired

### Open Vacancy Desired:

| | | Date Last Submitted | Experience in Similar Positions |
|---|---|---|---|
| JobID: 2405 | **Athletics/Activities:** 7th/8th Grade Boys Track Coach, 2021-2022 School Year at Evans Middle School | 7/10/2021 | years |
| JobID: 2454 | **Athletics/Activities:** OHS Assistant Boys Basketball Coach at Ottumwa High School | 7/10/2021 | years |
| JobID: 2402 | **Elementary School Teaching:** Special Education Teacher, Strategist I, **5,000 Signing Bonus**, Liberty, 2021-2022 School Year at Liberty Elementary | 7/10/2021 | 16 years |
| JobID: 2418 | **High School Teaching:** Secondary Math Teacher (5-12) - OHS/Aspire, **$5,000 Signing Bonus, Two-Year Position at Ottumwa High School | 7/10/2021 | 16 years |
| JobID: 2452 | **High School Teaching:** Secondary Special Education Teacher, Instructional Strategist I, OHS, 2021-2022 School Year, **$5,000 Signing Bonus** at Ottumwa High School | 7/10/2021 | years |
| JobID: 2444 | **Middle School Teaching:** Full Time Substitute Teacher, Evans, One Year Position at Evans Middle School | 7/10/2021 | years |

### Closed Vacancy Desired:

| | | Date Last Submitted | Experience in Similar Positions |
|---|---|---|---|
| JobID: 2417 | **High School Teaching:** Secondary Math Teacher (5-12) - Evans/Transitions, **$5,000 Signing Bonus, Two-Year Position at Transitions | 7/10/2021 | 16 years |
| JobID: 2379 | **Middle School Teaching:** Special Education Teacher, Strategist II, (BD/LD), Evans 2021-2022 School Year, **7,500 Signing Bonus** at Evans Middle School | 7/10/2021 | years |

## Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

### Position Desired:

| Position | Experience in Similar Positions |
|---|---|
| **Athletics/Activities** | |
| 1. Coach/Assistant Coach | 22 years |
| **Certified** | |
| 1. Special Education (non-specific) | 20 years |
| **High School Teaching** | |
| 1. 9-12 Teacher | 18 years |
| 2. Mathematics | 16 years |
| 3. Special Education | 20 years |
| 4. Special Education - Instructional Strategist I | 20 years |
| 5. Special Education Teacher - Instructional Strategist II: BD/LD | 20 years |
| **Middle School Teaching** | |
| 1. 6-8 Teacher | years |
| 2. Special Education | 16 years |
| 3. Special Education, Strategist II, (BD/LD) Teacher | years |

## Experience

Please list ALL relevant work experience beginning with the most recent.

| **Current or Most Recent Position** | | **Employer Contact Information** | | **Supervisor/Reference Contact Information** | |
|---|---|---|---|---|---|
| Natchitoches Central High School/Natchitoches Parish School Board Special Education teacher, Math Inclusion teacher, Content Mastery teacher, Severe and Profound | | 6513 Hwy 1 Bypass<br>Natchitoches, LA 71457<br>(318)352-2211 | | Mr. Bill Gordy/Principal<br>(318)352-2211<br>bgordy@nat.k12.la.us | |
| **Date From - Date To:** | 09/2017 - 07/2021 | **Full or Part Time:** | Full | **Last Annual Salary:** | $50,000 |
| **Reason for Leaving:** | Retiring from Louisiana Schools | | | | |
| **May we contact this employer?** | Yes | | | | |
| **Responsibilities/ Accomplishments at this Position** | â¢ Special Education Inclusion Teacher and Content Mastery (CMC) Teacher.<br>â¢ Head of Transitional Department for students with mild-moderate, specific learning disability, autism, down syndrome and other health impairments.<br>â¢ Homeschool teacher for students with disabilities.<br>â¢ Track and Field Coach<br>Responsible for all behavior students in the Special Education Department. | | | | |

| **Previous Position Held** | | **Employer Contact Information** | | **Supervisor/Reference Contact Information** | |
|---|---|---|---|---|---|
| Peabody High School/Rapides Parish School Board<br>Special Education Teacher/Math Teacher | | 2727 Jones Avenue<br>Alexandria, LA 71301<br>(318)448-3457 | | Mrs. Jamie Henagan/ Principal<br>(318)448-3457<br>jamie.henagan@rpsb.us | |
| **Date From - Date To:** | 01/2017 - 09/2017 | **Full or Part Time:** | Full | **Last Annual Salary:** | $45,000 |
| **Reason for Leaving:** | New teaching job in a different school district | | | | |
| **May we contact this employer?** | Yes | | | | |
| **Responsibilities/ Accomplishments** | Special Education Teacher---Taught students with Behavior Disabilities, Learning Disabilities, Autism, and Mental Disabilities. Also, was the IEP folder holder and wrote IEP's. | | | | |

## Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

### Experience Continued

**Responsibilities/ Accomplishments at this Position continued...**

Algebra I Teacher---Inclusion teacher for math student with learning problems in math.

| **Previous Position Held** | | **Employer Contact Information** | | **Supervisor/Reference Contact Information** | |
|---|---|---|---|---|---|
| Ottumwa Community School District<br>Special Education Teacher - Instructional Strategist II: BD/LD | | 1112 N. Van Buren<br>Ottumwa, IA 52501<br>(641)684-6597 | | Mr. Mark Hanson/Principal<br>(319)530-4699<br>mark_hanson58@yahoo.com | |
| **Date From - Date To:** | 08/2016 - 07/2017 | **Full or Part Time:** | Full | **Last Annual Salary:** | $60,000 |
| **Reason for Leaving:** | Placed on Leave with Pay | | | | |
| **May we contact this employer?** | Yes | | | | |
| **Responsibilities/ Accomplishments at this Position** | â¢ Behavior teacher<br>â¢ Adapted Physical Education Teacher | | | | |

| **Previous Position Held** | | **Employer Contact Information** | | **Supervisor/Reference Contact Information** | |
|---|---|---|---|---|---|
| Rapides Parish School Board<br>Special Education Teacher, Math Teacher, Journey to Career, P.E. and Basketball coach | | 1140 Tioga Rd<br>Ball, LA 71405<br>(318)640-9412 | | Mrs. Becky Pippen<br>(318)640-9412<br>becky.pippen@rpsb.us | |
| **Date From - Date To:** | 08/2015 - 05/2016 | **Full or Part Time:** | Full | **Last Annual Salary:** | $43,000 |
| **Reason for Leaving:** | Moving to Iowa | | | | |
| **May we contact this employer?** | Yes | | | | |
| **Responsibilities/ Accomplishments at this Position** | Special Education Teacher<br>â¢ Developed Individual Education Plans (IEP) designed to promote education, physical, and social development.<br>â¢ Enhanced lessons using Smart Board technology and computers.<br>â¢ Established and enforced rules for behavior and procedures for maintaining order among a class of 25 students<br><br>Math Teacher<br>8th Grade Algebra<br>7th Grade Math<br><br>Journey to Career Teacher<br><br>P.E.<br><br>Basketball Coach | | | | |

## Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

### Experience Continued

| Previous Position Held | | Employer Contact Information | | Supervisor/Reference Contact Information | |
|---|---|---|---|---|---|
| North Desoto High School<br>Special Education Teacher/ Head Basketball Coach/Assistant Track Coach | | 2571 Hwy 171<br>Stonewall, LA 71078<br>318-925-6917 | | Mrs. Karen Nix Principal<br>318-925-6917<br>karen.nix@desotopsb.com | |
| **Date From - Date To:** | 08/2007 - 07/2013 | **Full or Part Time:** | Full | **Last Annual Salary:** | $68,000 |
| **Reason for Leaving:** | Changed profession | | | | |
| **May we contact this employer?** | Yes | | | | |
| **Responsibilities/ Accomplishments at this Position** | Special Education Teacher, Special Education Department Leader, Head Basketball Coach, Assistant Track Coach and Drivers Education Teacher<br><br>â¢ Developed Individual Education Plans (IEP) designed to promote education, physical, and social development.<br>â¢ Enhanced lessons using Smart Board technology and computers.<br>â¢ Established and enforced rules for behavior and procedures for maintaining order among a class of 25 students | | | | |

| Previous Position Held | | Employer Contact Information | | Supervisor/Reference Contact Information | |
|---|---|---|---|---|---|
| Sabine Parish At Risk School (SPARK) Alternative School Sabine Parish School Board<br>Special Education, Math and P.E. Teacher | | 910 West Mississippi Ave.<br>Many, LA 71449<br>(318)256-0582 | | Mr. Charlie Mason<br>(318)256-0582<br>Masonc@sabine.k12.LA.us | |
| **Date From - Date To:** | 08/2003 - 07/2007 | **Full or Part Time:** | Full | **Last Annual Salary:** | $45,000 |
| **Reason for Leaving:** | Change School District | | | | |
| **May we contact this employer?** | Yes | | | | |
| **Responsibilities/ Accomplishments at this Position** | â¢ Developed Individual Education Plans (IEP) designed to promote education, physical, and social development.<br><br>Established and enforced rules for behavior and procedures for maintaining order among class of 18 students.<br>â¢ Instructed 10-11th grade levels of Algebra I and Algebra II to students.<br>â¢ Routinely met with studentsâ parents regarding class issues and beyond High School | | | | |

| Previous Position Held | | Employer Contact Information | | Supervisor/Reference Contact Information | |
|---|---|---|---|---|---|
| Shreveport Job Corps<br>Math instructor, Reading Instructor and Recreational Manager | | 2815 Lillian Street<br>Shreveport, LA 71109<br>(318-227-9331 | | Mr. Frazier<br>318-227-9331 | |
| **Date From - Date To:** | 07/2001 - 07/2003 | **Full or Part Time:** | Full | **Last Annual Salary:** | $32,,000 |
| **Reason for Leaving:** | Changed school and moved | | | | |
| **May we contact this employer?** | | | | | |
| **Responsibilities/ Accomplishments at this Position** | â¢ Math and Reading Teacher/Recreational Manager<br>â¢ Bus Driver | | | | |

# Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

## Experience Continued

| Previous Position Held | | Employer Contact Information | | Supervisor/Reference Contact Information | |
|---|---|---|---|---|---|
| Zwolle Elementary & High School<br>Elementary P.E. Teacher, Assistant High SchoolBasketball and High School Head Baseball Coach | | Championship Drive<br>Zwolle, LA 71486<br>318-645-6104 | | Mr. William Ruffin<br>318-645-6104 | |
| **Date From - Date To:** | 02/1990 - 07/1997 | **Full or Part Time:** | Full | **Last Annual Salary:** | $34,000 |
| **Reason for Leaving:** | Changed Profession | | | | |
| **May we contact this employer?** | Yes | | | | |
| **Responsibilities/ Accomplishments at this Position** | â¢ Observed and assed student performance and kept thorough records of progress.<br>â¢ Monitored academic performance of student athletes in addition to athletic progress.<br>â¢ Won four State Championships as a basketball coach.<br>â¢ Head Baseball Coach | | | | |

## Student Teaching

Student Teaching/Internship

| | |
|---|---|
| School District | |
| Location | |
| School Phone # | |
| School Year | |
| Date Completed (mm/yyyy) | |
| Length of Experience | |
| Grade Level(s)/Subject Area(s) Taught | |
| Name and Phone of Cooperating Teacher or Field Supervisor | |
| Name and Phone of Add'l Cooperating Teacher or Field Supervisor | |
| Name and Phone of University Supervisor | |
| Academic Grade Received | |

**Additional Student Teaching/Internship**

| | |
|---|---|
| **School District** | |
| **Location** | |
| **School Phone #** | |
| **School Year** | |
| **Date Completed (mm/yyyy)** | |
| **Length of Experience** | |
| **Grade Level(s)/Subject Area(s) Taught** | |
| **Name and Phone of Cooperating Teacher or Field Supervisor** | |
| **Name and Phone of Add'l Cooperating Teacher or Field Supervisor** | |
| **Name and Phone of University Supervisor** | |
| **Academic Grade Received** | |

## Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

### Education

Please tell us about your educational background beginning with the most recent.

**High School Attended:** Pleasant Hill High, Pleasant Hill, Louisiana
**Graduation Status:** H.S. Diploma

#### Colleges, Universities and Technical Schools Attended:

| Name and location | Dates Attended: From - To | Major area of study and number of semester hours | Minor area of study and number of semester hours | Degree | Date Conferred or Expected |
|---|---|---|---|---|---|
| LA - Louisiana College | 05/2006 05/2007 | Special Education Hrs: | Math Hrs: | Teacher Certification | 05/2007 |
| LA - Northwestern State University of Louisiana | 09/2002 12/2003 | General Studies Hrs: | Education Hrs: | Bachelor of Arts | 12/2003 |
| LA - Northwestern State University of Louisiana | 08/1985 12/1989 | Computer & Information System Hrs: | Business Adminstration Hrs: | Bachelor of Science | 12/1989 |

| | Undergraduate | Graduate |
|---|---|---|
| **Overall GPA** | 2.7/4 | /4 |
| **Major GPA** | 3.85/4 | /4 |

**Highest Degree Attained**

BA/BS/etc.

**Number of graduate hours beyond your highest degree:**

**Grad Program Of Study**

**List honors, awards or distinctions you have earned:**

### Semester Hours

For the subject areas below in which you have 15 or more semester hours/credits, please indicate how many university semester hours/credits you have and/or if you are endorsed.

| Subject Area | Semester Hours | Endorsed | Subject Area | Semester Hours | Endorsed |
|---|---|---|---|---|---|
| Driver Education | 30 | No | Mathematics - Algebra | 15 | No |
| Mathematics - Computer Science | 15 | No | Mathematics - General | 15 | No |
| Mathematics - Other | 15 | No | Physical Education - General | 15 | No |
| Special Education | 60 | Yes | | | |

## Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

### Certification

Do you hold or anticipate an Iowa certificate? **Certificate is held**

| Type | Certificate Number | Expiration Date | Status |
|---|---|---|---|
| **Standard Secondary Teaching (, )** | 260 | 06/30/2026 | Current |
| **Standard Secondary Teaching (, )** | 261 | 06/30/2026 | Current |
| **Standard Secondary Teaching (, )** | 1171 | 06/30/2026 | Current |

**Please list any other endorsements and/or verifications documented on your certificate(s):**

Do you hold a current out-of-state certificate? Yes

| State | Type | Certificate Number | Expiration Date | Current? |
|---|---|---|---|---|
| LA | Teaching Certificate | Level 2 521074 | 7/2025 | Yes |

**List your out-of-state certified teaching/administration fields:**
Special Education Mild/Moderate(K-12)

### Highly Qualified Teacher

* Have you previously obtained Highly Qualified status from a school district? **Yes**
If Yes, what type of school district considered you Highly Qualified? **K-12**

For the subject areas below in which you meet the federal highly qualified standard, select the method used to meet the standard. Only select a method for those subjects in which you meet the federal highly qualified standard.

| Subject Area | Method | Subject Area | Method |
|---|---|---|---|
| Mathematics | State Content Test/Praxis/NTE | | |

# Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

## Extracurricular Activities

| Athletic | Baseball | Basketball | Softball | Track |
|---|---|---|---|---|

Please provide more details regarding your experience or interest in your selected extra curricular activities. For instance, provide details on any experience as a participant at the high school or college level or as a director, coach, supervisor, or sponsor.

Won four State Championships as a basketball coach.
Won one baseball State Championships in baseball
State runner-up in Track and Field
Several district & regional championships.

Head Basketball Coach for 3 years, Assistant Basketball Coach 9 years, Head Baseball Coach for 4 years, Assistant Baseball coach for 3 years, Head Track and Field Coach 5 years, and Assistant track coach for 3 years

## Statement

Tip: Use your word processor to copy and paste in your answers. Copy your answers from the word processor and then hit CTRL+V for PC or OpenApple+V for Mac to paste.

1. Describe the skills or attributes you believe are necessary to be an outstanding teacher.

The important qualities and attributes of a good teacher are passion, leadership, classroom management, and content knowledge. Teachers serve several roles and each requires certain qualities. Teachers accommodate the academic, social and emotional needs of their students. These qualities should be exhibited consistently. An outstanding teacher should also be a leader and good listener. Also a healthy classroom environment should be safe, resourceful and productive. By remaining organized with teaching aids and consistent with discipline measures, a system should be created in which students serve active roles in the classroom. These roles should include classroom assistants, and peer mediators. Furthermore outstanding teachers engage all students into each lesson, so they will feel they are part of a community. The last most important quality that outstanding teachers possess is a concise understanding of the information being presented. Every teacher must execute their lesson plans in a dynamic fashion to cater to students diverse learning styles.

2. How would you address a wide range of skills and abilities in your classroom?

In order to address a wide range of skills and abilities in my classroom I would pre-assess my students for background knowledge, provide flexible and individualized instruction, assess student progress and reteach difficult concepts as necessary.

My first step in meeting my students' needs is to pre-assess my students to discover what background information they possess on a topic. This allowed me to see what my students already knew and what they were interested in learning before I planned my instruction. Pre-assessment in conjunction with the state standard are the starting point for planning effective instruction for all students in the classroom.

The second step I will take to meeting my students' needs is providing individualized and flexible instruction. A good teacher addresses the different learning styles and needs of her students.
The last step to helping all my students will be to conduct a summative assessment and use the collective data to determine which students have mastered the material and which students need further instruction. Re-teaching is important to filling the gaps in understanding that a student may have before moving on to the next topic.

To address the needs of my students I must use pre-assessment to discover the background knowledge they possess, provide individualized and flexible instruction and use post assessment to discover student progress and reteach concepts to students who have not yet mastered the material. It is further important to collaborate with other regular education and special education staff to make sure the needs of all special education students are met. Students are individuals who learning at different paces and in different ways.

# Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

## Statement

1. Do you currently hold one of the certificates below? If yes, please list with date completed.
A) 2 yr. college degree; or B) 48 college semester hours; or C) ParaEducator certificate; or D) COMPASS test with minimum of Reading 57, Writing 50, Pre-algebra Math 43; or E) Accuplacer results with a minimum of Reading 40, Writing and Math 80; or F) Accuplacer Next Generation test results with a minimum of Reading 250, Writing 250, Arithmetic 250, or a composite score of 750. (Reading, Writing and Arithmetic added together.)

Yes, Bachelor degree and Certification in Iowa with a Standard License in 5-12 Business 1171, K-8 Instructional Strategist I: Mild/Moderate-260 and 5-12 Instructional Strategist I:Mild/Moderate 261

2. Please explain how your past, personal and professional experience make you a quality candidate for the position for which you are applying.

I feel that my past,personal, and professional experience make me a quality candidate for the position for which I'm applying to for a number of reasons. My past personal experiences have led me to be a teacher. I've always been a nurturing, passionate, and patient person, especially when it comes to working with children. Every job that I've ever had that involves children is one I've loved. I've always enjoyed teaching others how to learn in their own, individual ways. I became a Special Education teacher because of my niece who was diagnosed with Cerebral Palsy. I could not stand by and watch and not be willing to help children's who had different types of disabilities so, I became a Special Education teacher. Also, being a coach for over 18 years has also help me become a better teacher and motivator for children's of all ages, race and sex. This is the type of teacher that I am. I am a hard working, dedicated, and compassionate individual who will put forth 110% every day. I not only want to instill the love of learning into my students, but be a role model and mentor to them. I want to positively impact my students and help them find their true potential because I believe every student has their on special place in the world and it is up to me to help mold and guide each student to reach their highest potential. Also, I feel that I am a life-long learner and can't imagine my life without some sort of professional development. I strive to be the best possible teacher I can, and will continue to learn the newest practices and stay up-to-date with my knowledge of teaching. All in all, I love working with children, I have a vast array of experience, and will continue to grow as a teacher throughout my career.

## Language Skills

Do you know any language other than English? No

## Professional References

| | Reference 1 | Reference 2 |
|---|---|---|
| **Name:** | Mr. Bill Gordy | Mr. Mark Hanson |
| **School/Org:** | Natchitoches Central High | Ottumwa High School |
| **Current Position:** | Principal | Retired Principal |
| **Cell Phone:** | | [redacted] |
| **Work Phone:** | 318-352-2211 | |
| **Email:** | bgordy@npsb.la | [redacted] |
| **Relationship to Candidate (administrator, collaborating teacher, or other professional). No relatives.** | Administrator | Administrator |
| **Years Known:** | 5 | 5 |

## Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

### Professional References cont.

| | Reference 3 | Reference 4 |
|---|---|---|
| **Name:** | Mrs. Jamie Henagan | Mrs. Becky Pippen |
| **School/Org:** | Peabody High School | Tioga Junior High/Rapides Parish School Board |
| **Current Position:** | Adminstrator | Special Education Teacher, Math Teacher, Journey to Career, P.E. and Basketball Coach |
| **Cell Phone:** | | [redacted] |
| **Work Phone:** | (318)448-3457 | (318)640-9412 |
| **Email:** | jamie.henagan@rpsb.us | becky.pippen@rpsb.us |
| **Relationship to Candidate (administrator, collaborating teacher, or other professional). No relatives.** | Adminstrator | no relation |
| **Years Known:** | 1 | 1 Year |

| | Reference 5 | Reference 6 |
|---|---|---|
| **Name:** | Mrs. Karen Nix | Mr. Charlie Mason |
| **School/Org:** | North Desoto High School | SPARK Alternative School |
| **Current Position:** | Assistant Principal | Principal |
| **Cell Phone:** | (318)663-0599 | [redacted] |
| **Work Phone:** | (318)925-6917 | (318)256-0582 |
| **Email:** | karen.nix@desotopsb.com | Masonc@sabine.k12.LA.us |
| **Relationship to Candidate (administrator, collaborating teacher, or other professional). No relatives.** | Coworker | Employee |
| **Years Known:** | 9 years | 25+ years |

| | Reference 7 | Reference 8 |
|---|---|---|
| **Name:** | Greg Patterson | Moses Curtis |
| **School/Org:** | North Desoto High School | Many High School |
| **Current Position:** | Special Education Teacher | Principal |
| **Cell Phone:** | (318)871-6045 | [redacted] |
| **Work Phone:** | (318)925-6917 | 318-256-2114 |
| **Email:** | greg.patterson@desotopsb.com | Curtism@sabine.k12.la.us |
| **Relationship to Candidate (administrator, collaborating teacher, or other professional). No relatives.** | Co-worker | Former co-worker |
| **Years Known:** | 30+years | 25+ years |

### Referrals

**How did you hear about employment with us?**

| | | |
|---|---|---|
| District Employee | Other: Ottumwa school website | |

## Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

### Additional Information

List any additional information which will help in determining your professional qualifications for a position.

Briefly answer the following questions:
(required)

1. What are your three (3) most important reasons for wanting to be a teacher? (a, b, c)

(A) I enjoy the challenge of working with children who have difficulties in content areas or challenging students who are strong in certain content areas.
(B)Watching students succeed at simple or complex tasks is an experience you can be a part of every day. Every student has the opportunity to succeed, no matter how small the goal.
(C)Making a difference when just one child's life has been altered positively because of you, you've can feel proud that you have made a difference.

2. How much do you want to know about your students in order to be helpful to them?

"Students don't care how much you know, until they know how much you care", is a statement that I take into everyday of teaching class. I want to know as much as I can! Meeting with students, conducting interest inventories, and reaching out to families will help me plan accordingly, avoid behavioral issues or prevent escalation, and determine the best path to reach them.

3. What three (3) things do you most want to know about your students? (a, b, c)

A. I would want to know any developmental needs, delays, or areas of giftedness to help plan for differentiation instruction.
B. I want to know their personal experiences and interests, so that I can engage them on a individual level and hold that interest throughout our time together.
C. I also want to know, or discover, their individual learning style, so that I may distribute my content through the most successful techniques possible.

4. What do you need to know in order to begin your lesson planning for a class?

(1) Outline learning objectives.
(2) Develop the introduction
(3) Plan the specific learning activities (the main body of the lesson).
(4) Plan to check for understanding. What questions will I ask students to check for understanding?
(5) Develop a conclusion and a preview. Go over the material covered in class by summarizing the main points of the lesson.
(6) Create a realistic timeline. Estimate how much time each of the activities will take, then plan some extra time for each.

5. What four (4) key components do you believe you must include in your plan? (a, b, c, d)

I believe must be included into my lesson plans are
A. reasoning how my goals and objective align with district/state standards.
B. anticipatory set.
C. instructional input.
D. checking for understanding.

6. When you think about your students, in what major ways do you most want to influence their lives?

I would hope that I would be able to shape them into productive members of the society.

## Additional Information continued

7. List and describe two (2) core teaching strategies you most utilized in your classroom. (a, b)

A.Classroom Management for behavior and classroom time management.
B. Student motivation(interest)

## Disclosures

**Contract Status**

| | |
|---|---|
| * Are you currently under contract? | Yes |
| If Yes, which district? | Natchitoches Parish School Board |
| If Yes, when does it expire? | July 1, 2021 |
| When may your present employer be contacted? | Anytime |

**Professional Status**

| | |
|---|---|
| Have you obtained tenure status in any other School District? | No |
| If Yes, where? | |
| When? | |
| Have you ever been denied tenure? | No |

If Yes, explain:

Have you ever had a teaching certificate or teaching license revoked or suspended? No

If Yes, explain:

* Have you ever failed to be rehired, been asked to resign a position, resigned to avoid termination, or terminated from employment? No

If Yes, explain:

| | |
|---|---|
| * Are you a relative of any board member, administrator, or supervisor who is currently serving the School District? | No |
| Name: | |
| Position: | |
| Relationship: | |

* Can you perform all the essential job function(s) of the position(s) for which you are applying, with or without reasonable accommodation? Yes

## Ottumwa Community School District Online Application

Bender, Robert - AppNo: 3862 Date Submitted: 7/10/2021

### Disclosures continued

List any accommodations:

### Legal Information

Please note: Applicants are not obligated to disclose sealed or expunged records.

| | |
|---|---|
| * Are you eligible to work in the United States? | Yes |
| * Have you ever been convicted of a criminal offense other than a minor traffic violation? | No |

If yes, explain, giving dates:

Please Note: A conviction will not necessarily bar you from employment. Facts, such as date of occurrence and rehabilitation will be considered. This information will be used only for job-related purposes and only to the extent permitted by applicable law.

| | |
|---|---|
| * Have you ever had any indicated finding of child abuse filed in your name? | No |

If yes, explain, giving dates:

| | |
|---|---|
| * Does your name appear on any Sex Offender Database in any state or country? | No |
| * Moral turpitude is an act of baseness, vileness, or depravity in the private and social duties which a person owes another member of society or society in general and which is contrary to the accepted rule of right and duty between persons, including but not limited to theft, attempted theft, murder, rape, swindling and indecency with a minor. Have you ever been convicted of a felony or any offense involving moral turpitude? | No |

### Equal Opportunity Employer

Ottumwa Community School District is an Equal Opportunity Employer. Ottumwa Community School District ensures equal employment opportunities regardless of race, creed, gender, color, national origin, religion, age, sexual orientation or disability. Ottumwa Community School District has a policy of active recruitment of qualified minority teachers and non-certified employees. Any individual needing assistance in making application for any opening should contact the Department of Human Resources.

## Applicant's Acknowledgment and Agreement

By checking the box below, candidate authorizes the school district to conduct an investigation of candidate pursuant to The School Code to determine whether candidate has been convicted of any criminal or drug offenses as set forth in such statute, and, upon request, agrees to execute an investigation authorization form as a condition for candidate's employment. The School Code also stipulates that the School District perform a check on the Statewide Sex Offender Database. Candidate may not be employed unless such investigations have been initiated.

I certify that the information given by me in this application is true in all respects, and I agree that if the information given is found to be false in any way, it shall be considered sufficient cause for denial of employment or discharge. I authorize the use of any information in the application to verify my statement, and I authorize past employers, all references and any other person to answer all questions asked concerning my ability, character, reputation, and previous employment record. I release all such persons from any liability or damages on account of having furnished such information.

I, Robert Bender, agree to all of the terms above. ☒ I agree