**Robert Bender**

11435 Hwy 175 · Many, LA, 71449 · [redacted]

June 1, 2021

To whom it may concern:

I am interested in Special Education teaching opportunities with your Community School District. My credentials include a Bachelor Degree in Computer and Information Systems, a Bachelor's Degree in General Studies and Alternative Teacher Certification (Special Education credential), and 22 years of direct Instructional experience. I hold a current teaching certificate in Louisiana in K-12 Mild Moderate Special Education and in the state of Iowa I'm certified in 5-12 Business, K-8 Instructional Strategist I: Mild Moderate and 5-12 Instructional Strategist I: Mild/Moderate.

The resume will highlight my commitment to children, showcase my expertise in differentiating instruction and demonstrate my communication and leadership skills. Being a highly adaptable and versatile educator, I have enjoyed the opportunity to teach a diverse group of children, including those with ADD/ADHD, autism, Asperger's Syndrome, blindness, hearing impairment, speech impairments, noncompliant behavior, learning disabilities and physical challenges. These experiences have helped me grow into a well-rounded and compassionate individual, who takes each student's unique goals, needs, and interests into account, and creates effective lesson plans and activities to accommodate them. My greatest capability is facilitating all styles of learners. I develop different lesson plans to meet the needs of auditory, visual, tactile, and kinesthetic learners. I also incorporate various forms of technology, learning centers, manipulatives, group work, and thematic units to teach new concepts and materials. I make certain that each child receives individualized praise and encouragement, ensuring that he/she remains motivated and does not become frustrated or quit.

I welcome the opportunity to meet with you to discuss how my extensive experience and skills would benefit your academic program. Thank you for your time and consideration. I look forward to hearing from you soon.

Sincerely,

Robert Bender

Enclosure: Resume