OTTUMWA COMMUNITY SCHOOL DISTRICT
CONTRACT WITH TEACHER
**[New Hire PROBATIONARY TEACHER]**

This contract is entered into by and between **Robert Bender**, a teacher, and the Board of Directors, hereinafter called the Board, of the Ottumwa Community School District, located at 1112 N Van Buren, Ottumwa, Iowa. This contract covers the 2021-2022 school year and is for **1.00 FTE.**

The teacher's salary consistent with the collectively bargained agreement between the Board and the Ottumwa Education Association, **Lane (BA), Step (11)**, shall be **$53,907.00** payable in 24 consecutive semi-monthly installments, the first payment to be made on the 5th day of September 2021. Additional salary of **$504.42** equal to two per diem days will be paid for Teacher Quality Professional Development.

In consideration of combined annual salary of **$54,411.42,** the teacher agrees to well and faithfully perform his/her teaching duties and such other duties as may be assigned by the board or its duly authorized representatives.

**AND IT IS FURTHER AGREED:**

1. That the contract term shall include **193** days of service for the entire school year as per the school calendar adopted by the Board of Directors.

2. That an amount equal to the pay for one day of service **$ 252.21** shall be deducted from the salary of said teacher for each day of service not performed if absence from duty with pay is not authorized by the board or leave policy in effect.

3. That if said teacher is lawfully discharged or is released by mutual agreement before the completion of said term, final settlement shall be made so the total amount which the teacher shall have received shall be an amount equal to the product of the number of days of service multiplied by the amount considered as pay for one day of service.

4. That the use to be made of the days in said term, which are in excess of the number of teaching days as stated herein, shall be determined by the board and may be stated in a school calendar adopted by the board.

5. That said teacher shall attend, outside of regular school hours as established by the board, such professional meetings as might be called by school authorities for coordinating the work of the teacher in the school program.

6. That the teacher shall present a certificate as required by law to the secretary of the Board of Directors of the School District, and that the teacher shall not accept, and the District shall not be under any obligation to pay, any part of the annual salary until the required certificate is submitted.

7. That this contract shall be subject to the provisions of Iowa Code §279.19 and §279.27 and may be terminated at the end of the contract term without cause.

8. That this contract shall be invalid if the teacher is under contract with another Board of Directors in the state of Iowa to teach covering the same period of time.

9. That this contract is subject to the provisions of the Master Contract between the District and the Ottumwa Education Association. The provisions of the Master Contract shall prevail where the provisions of this contract are inconsistent with those of the Master Contract.

10. That, in the event of error, the District will recover any overpayment and make any necessary corrections for underpayment.

This contract shall be without force and effect unless it is in the hands of the Board bearing the signature of the teacher and the President of the Board on or before the 29th day of July, 2021.

7/26/2021 Robert Bender
Date Teacher

7/9/2021 David Wille
Date Board President