# OTTUMWA COMMUNITY SCHOOLS

Ottumwa, Iowa 52501

## APPLICATION FOR SUBSTITUTE TEACHING

**PERSONAL DATA**

Name Miller, Jerry L. (Last / First / Middle)    Social Security No. [redacted]

Address RR 3, Box 195, Bloomfield, IA 52537 (Number and Street / City / State / Zip Code)    Phone - Home [redacted]

Number where you can be reached during office hours 682-2856

Do you hold a valid Iowa Teaching Certificate? ____ Yes X No

Indicate Folder Number ______ Expiration Date ______

In what grade or subject do you feel best qualified to substitute? Please list in order.

1. Sixth grade 2. Fifth grade 3. Fourth grade 4. Third grade

INDICATE DESIRED LEVEL: Elementary X Junior High ____ High School ____ Special Education ____
Other ______

**...ATIONAL TRAINING:**

| | Name | Dates | Major | Minor | Degree-Year |
|---|---|---|---|---|---|
| High School | Ottumwa H.S. | Sept. 79 - May 82 | | | 1982 |
| College or University | Indian Hills C.C. | Sept. 86 - May 88 | Liberal Arts | | 1988 |
| | Buena Vista College | Sept. 88 - May90 | El. Ed. | | 1990 |

**TEACHING EXPERIENCE: (Include student teaching experience.)**

| Name of School | Location | Grade or Subject | Dates | No. Years |
|---|---|---|---|---|
| Agassiz Elementary | Ottumwa | Third grade | 1990 to 1990 | 10 Weeks |
| U.S. Army | Korea | First Aid Training | 1985 to 1986 | 1 Year |
| Agassiz Elementary | Ottumwa | Sixth grade/Aiding | 1990 to 1990 | 8 Weeks |
| | | | 19 to 19 | |

**EXPERIENCE OTHER THAN TEACHING: (Include any military experience.)**

| Name of Firm or Employer | Location | Kind of Work | Dates | Number of Months |
|---|---|---|---|---|
| Excel | 300 S. Iowa Ave. | Meat packing | June 88-Oct 89 | 17 |
| ..inger Contracting | 918 Hayne St. | Manual labor | June 86-Aug.87 | 15 |
| U.S. Army | Fayetteville, NC | Records clerk | Mar. 83-Mar.86 | 36 |
| McDonald's | 820 W. Second St. | Maintenance | Aug. 82-Mar.83 | 8 |

**Case No. 4:23-cv-203-SHL-HCA**

**REFERENCES**: (Give at least two employers' names if possible.)

| Name | Complete Address | Phone No. | Relation to Your Work |
|---|---|---|---|
| Robert Throckmorton | [redacted] | | Manager |
| Diane Bednar | | | Oversee aiding |
| Donna Pope | | | Cooperating Teach |

I hereby certify that the above statements are true and complete to the best of my knowledge and understand that any deliberate omission or falsification of facts may be grounds for refusal of or dismissal from employment. I also authorize the Ottumwa Community School District to verify all information contained in this application.

Signature of Applicant

Date

Return to: Ottumwa Community School District, Personnel Department, 2662 Meadowdale, Ottumwa IA 52501.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AN EQUAL OPPORTUNITY EMPLOYER

This District does not discriminate against any applicant, employee or student on the basis of race, creed, national origin, age, marital status or sex. Persons may contact the Title IX Coordinator, Mr. Willis W. Ahrens, at 2662 Meadowdale, Ottumwa, IA 52501. Telephone: (515) 684-6597.