OTTUMWA COMMUNITY SCHOOLS
Ottumwa, Iowa 52501

PERSONAL DATA

APPLICATION TO TEACH

Name Miller, Jerry L. (Last, First, Middle) Social Security Number [redacted]

Present Address RR 3, Box 195, Bloomfield, IA 52537 (Street, City, State, Zip) Phone: Residence [redacted] Office ______

Permanent Address RR 3, Box 195, Bloomfield, IA 52537 (515)682-2856 (Street, City, State, Zip, Phone Number)

When will you be available for employment? Immediately

Do you hold a valid teaching certificate? ___ Yes X No

If yes, indicate the state ______ Type of Certificate ______

What endorsements do you have? ______

What approvals do you have? Coaching Authorization.

Educational level as of this date: X B.A. ___ B.A. +15 ___ B.A. +45 ___ M.A. ___ M.A. +15 ___ M.A. +30 ___ M.A. +45 ___ M.A. +60/PhD

INDICATE DESIRED LEVEL: Elementary X Junior High ___ High School ___ Special Education ___
Other ______

INDICATE CHOICE, GRADE OR SUBJECT:

| | ELEMENTARY | | SECONDARY | |
|---|---|---|---|---|
| | Grade | Area of Concentration | Area of Concentration | Number of Hours Credit |
| First Choice | Sixth | Curriculum | | |
| Second Choice | Fifth | Curriculum | | |
| Third Choice | Fourth | Curriculum | | |

EDUCATIONAL TRAINING:

| | Name | Dates | Major | Minor | Degree-Year |
|---|---|---|---|---|---|
| Elementary School | | | | | |
| High School | Ottumwa | Sept. 79-May82 | | | Diploma |
| College or University | Indian Hills C.C. | Sept. 86-May88 | General | | A.A. 1988 |
| | Buena Vista | Sept. 88-May90 | Elem. Ed. | | B.A. 1990 |

TEACHING EXPERIENCE: (Include student teaching experience.)

| Name of School | Location | Grade or Subject | Dates | No. Years |
|---|---|---|---|---|
| Agassiz | 608 E. Williams St. | Third grade | 1990 to 1990 | 10 weeks |
| Agassiz | 608 E. Williams St. | Fifth grade | 1990 to 1990 | 4 weeks |
| ~~Ottumwa Schools~~ | ~~Ottumwa~~ | ~~Elementary~~ | 1990 to 1990 | ~~2 weeks~~ |
| | | | 19 to 19 | |

Total Years of Experience ______

EXPERIENCE OTHER THAN TEACHING: (Include any military experience.)

| Name of Firm or Employer | Location | Kind of Work | Dates | Number of Months |
|---|---|---|---|---|
| Excel | 300 S. Iowa Av. | Meat packing | June 88-Oct89 | 17 |
| Winger Contracting | 918 Hayne St. | Laborer | May 87-June88 | 13 |
| U.S. Army | Fayetteville,NC | Accounting Clerk | Mar83-Mar86 | 36 |
| | | | | |

REFERENCES: (Include Superintendent and Principal under whom you are now teaching or have taught.)

| Name | Complete Address | Phone No. | Relation to Your Work |
|---|---|---|---|
| Mr. Kevin Farmer | [redacted] | | Principal |
| Mrs. Donna Pope | | | Cooperating Teacl |
| Mrs. Diane Bednar | | | Cooperating Teacl |
| | | | |
| | | | |

SPECIAL INTERESTS AND ABILITY:

Can you coach sports? Yes Indicate choice: Basketball (1) Baseball (2) Football (3) Volleyball (4)

List any other extracurricular activities which you are able to direct: I would be interested in directinc intramural sports, academic clubs, summer youth programs, and special activities such as Fun-night at school.

1. A personal interview is required before an applicant can be recommended for election.
2. Approved teaching and health certificates are required to validate the contract.
3. Upon acceptance of contract, the applicant must provide a complete, original transcript of credits.

I hereby certify that the above statements are true and complete to the best of my knowledge and understand that any deliberate omission or falsification of facts may be grounds for refusal of or dismissal from employment. I also authorize the Ottumwa Community School District to verify all information contained in this application.

Signature of Applicant: [signature] Date: May 29, 1990

Return to: Ottumwa Community School District, Personnel Department, 422 McCarroll, Ottumwa IA 52501.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AN EQUAL OPPORTUNITY EMPLOYER
This District does not discriminate against any applicant, employee or student on the basis of race, creed, national origin, age, marital status or sex. Persons may contact the Title IX Coordinator, Dr. Tom Davis, at 422 McCarrol Drive, Ottumwa, IA 52501. Telephone: (515) 684-6597.