# JERRY L. MILLER

**Rural Route 3, Box 195**
**Bloomfield, Iowa 52537**
**(515) 682-2856**

## EDUCATION

Buena Vista College, Storm Lake, Iowa
Bachelor of Arts in Elementary Education, May '90
GPA: 3.40
Iowa State Teachers Certification Elementary Education K-6 with Coaching Endorsement.

Indian Hills Community College, Ottumwa, Iowa
Associate of Arts in Arts & Sciences, Aug. '88
GPA: 3.3

## RELATED EXPERIENCE

Ottumwa Community School District, Ottumwa, Iowa
**SUBSTITUTE TEACHER** May '90 to present
Work on an on-call basis. Filled in for a week long position at Agassiz Elementary School in the 3rd grade.

Agassiz Elementary School, Ottumwa, Iowa
**STUDENT TEACHER** Feb. '90 to May '90
Completed 10 weeks of student teaching in the 3rd grade with Mrs. Donna Pope.

**TEACHER AIDING** Jan. '90
Observed and assisted Mrs. Diane Bednar with her 4-6 grade students. Also taught a Fifth grade Math Unit.

## EXPERIENCE

Excel Corporation, Ottumwa, Iowa
**SCRIBER** June '88 to Oct. '89

Winger Contracting, Ottumwa, Iowa
**LABORER** May '87 to June '88

United States Army, Ft. Bragg, NC and Uijongbu, Korea
**Specialist Fourth Class** Mar. '83 to Mar. '86
Company Trainer; taught First Aid and various other classes. Special Honors: Army Achievement Medal; Good Conduct Medal; Overseas Ribbon.

## PERSONAL

HONORS: Dean's List Buena Vista College; Dean's List Indian Hills Community College

COMMENTS: I am a self-motivator. I take an energetic and enthusiastic goal oriented approach in the classroom. Even with my enthusiasm, I possess the stead-fast perseverance and patience to get the job done.

## REFERENCES

Available upon request from the Career Planning and Placement office, Buena Vista College, Storm Lake, Iowa, 50588. Phone: (712) 749-2440