Application for a teaching position

OTTUMWA COMMUNITY SCHOOLS
Ottumwa, Iowa

OTTUMWA...
"Someplace Special"

(Please print or type) Also # 91. ? yes

Starr, Dana Ann — [redacted]
Last, First, Middle — Soc. Sec. No.

Present Address [redacted] Iowa City IA 52242 Phone [redacted]
Street City State Zip Area

Permanent Address [redacted] Ottumwa, IA 52501 Phone [redacted]
Street City State Zip Area

Date 2/20/84 Present Position ____

EDUCATIONAL TRAINING

| | Name of School | Location | Dates Inclusive | Date of Graduation | Major | Minor |
|---|---|---|---|---|---|---|
| Senior High | Ottumwa High | Ottumwa | 1977-1980 | 1980 | | |
| | | | | | | |
| College and/or University | University of Iowa | Iowa City | 1980-1984 | 1984 | Elementary Education | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

TEACHING EXPERIENCE (list most recent experience first; include student teaching)

| Dates from/to | Name of School | Location | No. of Years | Subjects Taught or Positions Held | Reason For Leaving |
|---|---|---|---|---|---|
| Aug. '83-Dec. '83 | Lemme Elementary | Iowa City | | Second grade | Student teaching |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PROFESSIONAL INTEREST

State positions desired in order of preference
1. Lower Elementary, willing
2. to teach any grade.
3. ____

What teaching certificate do you have?
Professional w/ reading specialization

Endorsements: Coaching

Approvals: ____

Where are credentials on file?
University of Iowa

Educational level as of this date:
X B.A. ___ M.A. ___ M.A.+30
___ B.A.+15 ___ M.A.+15 ___ Doctorate

OFFICE USE (please do not write in this space)

Education Credit ____
Experience Credit ____
Other ____
Basic Salary ____
Activities ____
Total Salary ____
Signature of Person Computing Salary
____
Date

Process ____
Credentials Requested ____
Creden[illegible] Receiv[illegible] ____
Credent[illegible] Returne[illegible] ____

(over)

DEF 0086

EXHIBIT 209, p. 1

**Case No. 4:23-cv-203-SHL-HCA**

| | |
|---|---|
| Travel (give dates and places) Nassau, Bahamas Jan. 1983 | Honors Received |
| Hobbies Swimming, running, biking | Professional organizations in which you do and/or expect to maintain active membership International Reading Association |
| College Activities Intramurals, floor government, treasurer and intramuralperson | Professional Activities |

REFERENCES Give three references who have first-hand knowledge of your character, personality, scholarship and teaching ability

| Name and Position | Address |
|---|---|
| Sue Denham 2nd grade teacher | [redacted] |
| Ralph Delozier Principal-Lemme Ele | |
| Twinet Parmer College Supervisor | |

OTHER WORK EXPERIENCE (include military experience)

| Dates From To | Type of Work | Name and Address of Employer | Reason for Leaving |
|---|---|---|---|
| 8/'82-5/'84 | Resident Assistant | University of Iowa Resident Services I.C. IA | Graduation |
| 9/'78-5/'82 | Cashier, Cameras | OSCO DRUG/Dave Kendall 1722 Flatiron Ave. | Started working for University |
| Summers '82+'83 | Foreman | Jim Walker - Hedrick Pioneer Plant | Return to school |
| Summer '81 | Summer help | Keith Kropf - City of Ottumwa, Sewage Dept. | Return to school |

GENERAL INFORMATION

1. A personal interview is required before an applicant can be recommended for election.
2. If elected, the applicant agrees to accept assignments to subjects and activities made by the superintendent and school board.
3. Approved teaching and health certificates are required to validate the contract.
4. Upon the acceptance of a contract the applicant must provide a complete transcript of credits.

I hereby certify that the information herein is a true and complete statement of my personal and professional record to date.

Dana K Farr
Signature of Applicant

Return to:

OTTUMWA COMMUNITY SCHOOLS
Personnel Dept.
Box 698, 205 E. Fifth St.
Ottumwa, IA 52501

AN EQUAL OPPORTUNITY EMPLOYER
This District does not discriminate against any applicant, employee or student on the basis of race, creed, national origin, marital status or sex. Persons may contact the Title IX coordinator, Mr. Willis Ahrens, at 401 N. Market, Ottumwa, Iowa. Telephone: 684-6597.