Case No. 4:23-cv-203-SHL-HCA

# A QUALITY EDUCATION FOR EVERY STUDENT

OTTUMWA COMMUNITY SCHOOLS
Ottumwa, Iowa

## APPLICATION TO TEACH

**PERSONAL DATA**

Name: Warnecke, Dana Starr (Last, First, Middle) Social Security Number: [redacted]

Present Address: [redacted] (Street) Bradenton, FL 34205 (City, State, Zip) Phone: Residence [redacted] Office (813)741-3358

Permanent Address: Same as above. (Street, City, State, Zip) Phone Number: ______

When will you be available for employment? August 1993

Do you hold a valid Iowa teaching certificate? X Yes ___ No Folder Number 222-814 Expiration Date 1994

If out-of-state, indicate which state: Florida Type of Certificate Elem., Reading, ESOL

What endorsements/approvals do you have? Iowa endorsements are elem., reading, and coaching.

Educational level as of this date: X B.A. ___ B.A. +15 ___ B.A. +45 ___ M.A.
___ M.A. +15 ___ M.A. +30 ___ M.A. +45 ___ M.A. +60/Ph.D.

****************************************************************************************************

**INDICATE DESIRED LEVEL:** X Elementary ___ Junior High ___ High School ___ Special Education
___ Other ______

INDICATE CHOICE, GRADE OR SUBJECT

| | ELEMENTARY | | SECONDARY | |
|---|---|---|---|---|
| | Grade | Area of Concentration | Area of Concentration | Number of Hours Credit |
| First Choice | First | Reading | | |
| Second Choice | Second | Reading | | |
| Third Choice | Third | Reading | | |

****************************************************************************************************

**EDUCATIONAL TRAINING**

| | Name | Major | Minor | Degree |
|---|---|---|---|---|
| Elementary School | Wildwood Elem. | | | |
| High School | Ottumwa H.S. | | | |
| College/University | University of IA | Elem. Ed. | Reading, coaching | B.S. |
| | University of S.FL. | Ed. Leadership | | Pursuing M.S. |

****************************************************************************************************

**TEACHING EXPERIENCE:** (Include student teaching experience)

| Name of School | Location | Grade/Subject | Dates | No. of Years |
|---|---|---|---|---|
| Wakeland Elem. | Bradenton, FL | First | 1991 to 1993 | 2 |
| | | Chapter 1 Reading | 1986 to 1991 | 5 |
| Anne G. Wilson | Ottumwa, IA | First | 1984 to 1986 | 2 |
| Lemme Elem. | Iowa City, IA | Second | 1983 to 19 | ½ |

Total Years of Experience: 9½

**EXPERIENCE OTHER THAN TEACHING:** (include any military experience)

| Name of Firm/Employer | Location | Kind of Work | Dates | Number of Months |
|---|---|---|---|---|
| Manatee County | Bradenton, FL | Summer camp supervisor | Summer 1990 | 4 |
| Robby's Outlet | Bradenton, FL | Retail sports | Sept.1987-Aug. 1988 | 11 |

**REFERENCES:** (Include Superintendent and Principal under whom you are now teaching or have taught)

| Name | Complete Address | Office Phone No. | Home Phone No. | Relation to Your Work |
|---|---|---|---|---|
| Gene Witt | [redacted] | (813)741-7200 | | Superintendent |
| Ronna Moore | [redacted] | 741-3358 | | Principal |
| Roy Larson | [redacted] | 741-3300 | | Principal |
| Wanda Bindley | [redacted] | 741-7200 | | ResourceSpecialist |
| Ron Roggentien | Pickwick ELem. W.Williams | 682-4502 | | Principal |

**SPECIAL INTERESTS AND ABILITIES:**

Can you coach sports? yes Indicate choice: 1 Basketball 2 Track 3 ____ 4 ____

List any other extracurricular activities which you are able to direct: Any type of after-school program.

1. A personal interview is required before an applicant can be recommended for election.
2. Approve teaching and health certificates are required to validate the contract.
3. Upon acceptance of contract, the applicant must provide a complete, original transcripts of credits.

I hereby certify that the above statements are true and complete to the best of my knowledge and understand that any deliberate omission or falsification of facts may be grounds for refusal of or dismissal from employment. I also authorize the Ottumwa Community School District to verify all information contained in this application.

Signature Date 3/12/93

Return to: Executive Director of Personnel, Ottumwa Community Schools, 422 McCarroll, Ottumwa IA 52501.

*******************************************************************************************************

**AN EQUAL OPPORTUNITY EMPLOYER**

This District does not discriminate against any applicant, employee or student on the basis of race, creed, national origin, age, marital status or sex. Persons may contact the Title IX Coordinator, Dr. Katie Mulholland, at 422 McCarroll, Ottumwa, IA 52501. Telephone No.: (515) 684-6559.