**Case No. 4:23-cv-203-SHL-HCA**

# OTTUMWA COMMUNITY SCHOOLS
## QUALITY FOR EVERY STUDENT

## APPLICATION FOR ELEMENTARY PRINCIPAL

1. **PERSONAL DATA**

Name: Warnecke, Dana Starr (Last / First / Middle)    Social Security No. [redacted]

Address: [redacted] (Number and Street) Ottumwa, IA 52501 (City / State / Zip)    Phone No. Home [redacted] Office (515)684-4661

2. **EDUCATIONAL BACKGROUND**

High School: Ottumwa High School

College or University Training: University of Iowa (Name) 4 (# Years Completed) BS (Degree)

University of South Florida and Drake University 3 MSE

Other Special Training: Quality Schools philosophy, English as Second Language, Reality Therapy, Teacher Expectations and Student Achievement (TESA), Conflict Resolution Training

3. **WORK EXPERIENCE** (List most recent employment first and include any military experience.)

| FIRM NAME | POSITION | Date Employed FROM Month | FROM Year | TO Month | TO Year | REASON FOR LEAVING |
|---|---|---|---|---|---|---|
| Ottumwa Schools | Third grade/ESL Coor. | Aug | 94 | present | | |
| Ottumwa Schools | Title I Reading | Aug | 93 | May | 94 | Transferred |
| Manatee Co. Schools | First grade | Aug | 91 | May | 93 | Moved |
| Manatee Co. Schools | Title I Reading | Aug | 86 | May | 91 | Transferred |
| Ottumwa Schools | First grade | Aug | 84 | May | 86 | Moved |

**Case No. 4:23-cv-203-SHL-HCA**

4. **PERSONAL REFERENCES**

| NAME | BUSINESS OR OCCUPATION | ADDRESS | BUS. & HOME PHONE NOS. |
|---|---|---|---|
| Kevin Farmer | Principal | [redacted] | [redacted] |
| Cherie Miller | Teacher | | |
| Ron Moser | Chief of Police | | |
| Darcy Travlos | 1st V.P. Investment Bnk | | |
| | | Philadelphia. PA | |

5. List any other experiences, skills, or qualifications which you feel would qualify you for work in this position with the Ottumwa Community School District.

My administrative experience coordinating the English as a Second Language Program for the district has provided an opportuntiy for professional growth and leadership experience. Throughout my four years coordinating the program I have inserviced teachers and associates districtwide in language acquisition strategies, I have been responsible for districtwide scheduling of ESL services for students in need, I have monitored the program for state audits, and I have facilitated meetings for appropriate services for our district's ESL population.

Through my experiences with Horace Mann's staff development I have been involved with brainstorming our schoolwide goals, planning inservices and have facilitated inservices on concepts from William Glasser's QualitySchools philosophy and Brain-based learning. These recent leadership experiences highlight my professional commitment and involvement to students, parents, and the community. My commitment to education is evident by my consistent involvement throughout my career with the learning process and my willingness to be involved with both the school and district initiatives.

Moral turpitude is an act of baseness, vileness, or depravity in the private and social duties which a person owes another member of society or society in general and which is contrary to the accepted rule of right and duty between persons, including but not limited to theft, attempted theft, murder, rape, swindling and indecency with a minor. Have you ever been convicted of a felony or any offense involving moral turpitude?

______ Yes ___X___ No

Misrepresentation or willful omissions may be sufficient cause for disqualification of this application or termination of employment. I hereby authorize Ottumwa Community Schools to conduct work history, personal reference or police record inquiries to determine my acceptability for employment.

Dana Warneck
Signature

June 7, 1997
Date

Return to: Executive Director of Personnel, Ottumwa Community Schools, 422 McCarroll, Ottumwa IA 52501.

*****************************************************************************************

AN EQUAL OPPORTUNITY EMPLOYER

This District does not discriminate against any applicant, employee or student on the basis of race, creed, national origin, age, marital status or sex. Persons may contact the Title IX Coordinator, at 422 McCarroll, Ottumwa, IA 52501. Telephone No.: (515) 684-6559, or the Director of the Regional VII Civil Rights, Department of Education, Kansas City, MO.