**Case No. 4:23-cv-203-SHL-HCA**


# DANA WARNECKE

160 Northview, Ottumwa, IA 52501
(515) 682-0861


## OBJECTIVE

Elementary Principal for the Ottumwa Community School District

## EDUCATION

1996 - 1997 **Drake University**, Des Moines, Iowa
MSE in Elementary School Administration and Supervision

1987 - 1990 **University of South Florida**, Sarasota, Florida
Began coursework for Masters in Educational Leadership.

1980 - 1984 **University of Iowa**, Iowa City, Iowa
BS Degree in Elementary Education with reading and coaching endorsements.

## TEACHING EXPERIENCE

1994-Present Horace Mann Elementary, Ottumwa, Iowa
Currently teaching third grade.

1993-1994 Agassiz Elementary, Ottumwa, Iowa
Taught Title I reading.

1991-1993 Wakeland Elementary, Bradenton, Florida
Taught first grade

1986-1991 Chapter I Lead Teacher
Responsibilities included supervising teacher assistants, completing monthly reports, planning curriculum reinforcing themes and skills for first through fifth grades.

1984-1986 Wilson Elementary, Ottumwa, Iowa
Taught first grade

## LEADERSHIP EXPERIENCE

**English as a Second Language District Coordinator**
Responsibilities include supervising teacher associates, inservicing teachers and associates, assessing students' language levels, scheduling and assisting teachers and associates with appropriate curriculum materials.

**STRIDE Program District Focus Group**
Helped identify program's strengths and areas for improvement.

**Staff Development Facilitator for Horace Mann Elementary**
Assisted with identifying goals, planning, and conducting inservices.

**Teacher Expectations and Student Achievement Coordinator**
Responsible for inservicing faculty on Teacher Expectations and Student Achievement (TESA) strategies.

**Teaching Multicultural Literature for Morningside College**; planned syllabus and effective teaching strategies for graduate class.

## PROFESSIONAL

**Teaching for Learning Academy (TFLA) Participant**
Participant in the Quality School Philosophy.

**Received Basic Intensive Training in Reality Therapy**
Participated in discussion and role playing of choice theory.

**Presenter for AEA 15 Beginning Teacher Program**
Lead discussion on ways to deal with difficult people.

**Presenter for AEA 15 Inservice**
Shared ideas and strategies on how teachers and associates can plan curriculum for students with English as a second language.

**Presenter for the Florida Reading Association State Conference**
Topics included effective hands-on learning ideas and strategies.

**Presenter for the Manatee Reading Association Conference**
Discussed the "How, Why, and Ways" of working together as a team towards building an effective reading program.



**EXHIBIT 212**