**DANA WARNECKE**
160 Northview
Ottumwa, IA 52501
(515)682-0861

**OBJECTIVE:** Elementary Principal

**TEACHING EXPERIENCE:**

**Horace Mann Elementary,** Ottumwa, IA 8/1994-present.
Teaching third grade.
**Morningside College,** Ottumwa, IA 6/1997-7/1997.
Taught multicultural literature course for the Morningside/AEA graduate program.
**Agassiz Elementary,** Ottumwa, IA 8/1993-6/1994.
Taught Title I reading.
**Wakeland Elementary,** Bradenton, FL 8/1986-6/1993.
Taught first grade, 8/1991-6/1993.
Title I Lead Teacher, 8/1986-6/1991.
Responsibilities included supervising teacher assistants, completing monthly reports, budgeting a school Title I program, planning curriculum reinforcing themes and skills for first through fifth grades, and facilitating schoolwide parent meetings.
**Wilson Elementary,** Ottumwa, IA 8/1984-6/1986.
Taught first grade.

**ADMINISTRATIVE/ LEADERSHIP EXPERIENCE:**

**District Coordinator of English as a Second Languag**... sent.
Responsibilities include inservicing teachers an... teacher associates, scheduling assistance distri... age levels, assisting teachers and associa... nd facilitating meetings with concer...
**Equity Advisory**
Responsible for prov... the multi-cultural, nonsexist ec...
**STRIDE Program Di**...
Helped identify progran...

**STAFF DEVELOPMENT:**

**Inservice Faculty Districtw**...
Provide background in langua...
**Staff Development Participan**...
Assist with identifying goals, pla... ...n.
**TESA Coordinator,** 6/1989-5/19...
Responsible for inservicing faculty ... ...ions and Student Achievement.

Dr. Scalzo
Please initial if approved. Thanks! JC

continued...

**PROFESSIONAL INVOLVEMENT:**

**Teaching for Learning Academy Participant,** 8/1995-present.
Received training in the Quality School Philosophy.
**Presenter for Iowa's ESL and Refugee Concerns Conference,** 2/1998.
Presenting the ABC's of Inservicing Staff in English as a Second Language Strategies.
**Presenter for Iowa's Talented and Gifted Conference,** 10/1997.
Shared ideas on divergent thinking strategies.
**Reality Therapy Training,** July 1996.
Participated in discussion and role playing of Choice Theory.
**Presenter for AEA 15 Beginning Teacher Program,** 10/1995.
Lead discussion on ways to deal with difficult people.
**Presenter for AEA 15 Inservice,** 10/1994.
Shared ideas on how teachers and associates can plan for meaningful student learning.
**Conflict Manager Training,** 2/1994-present
Assist with the training of students in Conflict Management.
**Leadership Team participant for Manatee County, Bradenton, FL,** 10/1988.
Attended State Workshop for Title I Basic Improvement.
**Presenter for the Manatee Reading Association,** 12/1988.
Presentation shared strategies to promote teamwork, communication, cooperation, and coordination.
**Presenter for the Florida Reading Association,** 10/1987.
Shared ideas for hands on reading strategies.

**EDUCATION:**

**Drake University,** Des Moines, IA, 6/1996-6/1997.
Master of Science in Education
**University of South Florida,** Sarasota, FL 8/1987-4/1990.
Began coursework for Masters in Educational Leadership.
**University of Iowa,** Iowa City, IA, 8/1980-5/1984.
Bachelor of Science in Elementary Education.

**LICENSES/ ENDORSEMENTS:**

**State of Iowa: Administrative License,** 9/11/97-8/31/2002.
**Endorsements:**
PK-6 Principal with Evaluator Approval
Elementary Teacher K-9
Coaching
Reading Approval
**State of Florida: Professional Certificate**
**Subject Coverages:**
Elementary Education
Reading
ESOL