[redacted]

---------- Forwarded message ---------
From: **Holly Baird** <holly.baird@ottumwaschools.com>
Date: Wed, May 11, 2022 at 3:24 PM
Subject: RB Coaching Notes
To: Jerry Miller <jerry.miller@ottumwaschools.com>

Jerry, attached you will find:

1) A screenshot of the days I had Bender scheduled to meet with for coaching sessions.

2) Progress monitoring that needed to be completed and that Kristine Wood assisted in completing.

3) Notes from our short coaching session.

Thanks,
Holly

**Confidentiality Statement:** This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, dissemination of this communication is prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.

rb baird

| | | | |
|---|---|---|---|
| 14 | FEB 2022, MON | 10:19 – 11:04am | CC-Coaching RB (Baird) |
| 15 | FEB 2022, TUE | 9:31 – 10:05am | CC-Baird Coaching Rb |
| 16 | FEB 2022, WED | 10:19 – 11:04am | CC-Coaching RB (Baird) |
| 17 | FEB 2022, THU | 10:19 – 11:04am | CC-Coaching RB (Baird) |

CONFIDENTIAL

**Case No. 4:23-cv-203-SHL-HCA**

FastBridge | Teacher | Training & Resources | Screening | Progress Monitoring | Reporting

Welcome to the new progress monitoring experience! Currently, this is only for academic progress monitoring. To view progress monitoring for behavior 'click here'.

Evans Middle School | Grade | Subject Area | Monitoring Assessment | Monitoring User - 1 | Strategy | Interventionist | Intervention Name | New

Active Only | Search

| Student Name | Monitoring Date | Assessment | Star |
|---|---|---|---|
| [redacted] | Overdue | CBMreading English CBMR-Engli... | |

[redacted] CBMreading English (G7)

| Date Range | Score | Delete |
|---|---|---|
| Mar 20 - Mar 26, 2022 | Start Form 12 | |
| Apr 3 - Apr 9, 2022 | Start Form 13 | |
| Apr 17 - Apr 23, 2022 | Start Form 14 | |
| May 1 - May 7, 2022 | Start Form 15 | |

CONFIDENTIAL

DEF 3107

EXHIBIT 224, p. 3

# Week of Feb 14, 2022 -| Feb 18, 2022

## CC-Coaching RB (Baird) P4- 10:19-11:04

## Attendees: Bender, Baird, Woods

Notes

- Met with Bender to offer support per Jerry Miller's request. Bender shared that he feels that doesn't have the proper knowledge/resources to serve his room and that the students that are acting up in class have no accountability. In an attempt to gain a better understanding, I asked him some guiding questions including:

  - Have you revisited your classroom expectations with your students as well as the consequences? Bender explained that "they know, I tell them all the time".
  - Have you assigned learning labs? Bender said he hadn't tried that yet and doesn't think they would stay anyhow.
  - Have you called home? He said that it's very difficult to get a hold of most of the parents.
  - Have you written office referrals? He has not.
  - Have you considered dividing up your students who have conflicting personalities (there are several different spaces within the area he works in)? Not really given a direct answer to this question.

- I asked if I were to reach out to our GPAEA staff (thinking maybe Julie Thomas) and inquire about providing support that would help him (behaviors students are exhibiting.. improve his knowledge base in finding ways to constructively manage and deal with his students. Also, I was thinking this may help him determine appropriate steps to take when he feels this way (solution oriented). I did not go into the specifics because Bender declined before I could and said that he is "too old" to be learning new things and that "this kind of stuff wasn't tolerated where he came from".

- I reviewed the FastBridge progress monitoring with Bender and made sure he was aware of the expectation of probing students every other week.

- Upon following up with FastBridge, I ended up training and helping Kristine Woods get certified (an associate in the BD room) so that she could assist and help get the progress monitoring and screening complete.

- Check ins continued but coaching on a regular session was discontinued after suggestions and support/training offerings were declined.

  Informed Jerry Miller of the offer to support Bender along with his response.



**CONFIDENTIAL**