**Case No. 4:23-cv-203-SHL-HCA**

## transcript check

**jeffery.hendred@drake.edu Jeffery Hendred** Sunday, January 30, 2022 at 10:23:13 PM Central Standard Time
To: robert.bender@ottumwaschools.com Robert Bender

Mr. Bender,
This is a transcript check. If you see any errors, please correct the transcript and return it to me. If I don't receive anything back from you by February 15, I will conclude that the transcripts are accurate for may use.

jeff

**Attachments:**

**Robert Bender interview 3rev.docx** 33k

**zoom session 012322 rev.docx** 76k

**interview 2 Bender rev.docx** 37k

## review of participant presentation

**jeffery.hendred@drake.edu Jeffery Hendred** Tuesday, February 15, 2022 at 8:05:27 PM Central Standard Time
To: robert.bender@ottumwaschools.com Robert Bender

Mr. Bender,
I am sending out a review of my narrative of you. Your name has been changed to Benjamin for identity security purposes. Please review it and let me know if you approve or prefer an edit.

jeff

*Benjamin*

*"I am African American, Black. That is my race and pretty much my stance."*

Benjamin grew up in the southern region of the United States in a small rural community of about 100 residents. His graduating high school class had 16 students, eight Whites and eight Blacks. Even though the community was small, it was more divided racially than it was together.

Benjamin's parents were proud African Americans who always taught their six children strong moral principles and practical lifesaving advice that kept Benjamin and his siblings physically safe in the racist community they lived in. Benjamin recalls, "they had to talk to you all the time pretty much about what your color meant [such as] you couldn't look at a white female if you were a Black male." In all that his parents taught, the number one lesson was to be proud of your color and make sure that you get an education. This is something, Benjamin's parents said, that no one can take away from you.

Benjamin reflects in his adult life what his parents engrained in him as a youth, the strong morals, ethnic pride, and encouragement to be educated. Benjamin said to this point, "I incorporate everything pretty much what I learned in my youth in my adult life." Regardless of what has happened to Benjamin and other Blacks in his area, to mistreat someone else of a different race is contrary to what his parents taught him, that is, not to be a hypocrite. Benjamin is proud to be a teacher, and proud of his heritage. He lives to treat people as human beings and to treat them with the same "dealings, as you want to be treated."

Benjamin, looking for a change, wanted to broaden his successful teaching career in another state. He found this Midwest state to be a good fit and especially after his successful interview and hire. Living in a predominantly White (78%) community of 20-30,000 residents,

Benjamin teaches at Junction Middle School. Of the teaching staff, Benjamin is one of three teachers of color; he is Black and the two others are Hispanic. The student population is 58 – 60% White, 25 – 30% Hispanic, 5% African American, 3% Pacific Islanders, 2% Asian, and 2% multiracial.

---

**robert.bender@ottumwaschools.com Robert Bender** Tuesday, February 15, 2022 at 10:44:36 PM Central Standard Time
To: jeffery.hendred@drake.edu Jeffery Hendred

Looks good to me.

On Tue, Feb 15, 2022 at 8:05 PM Jeffery Hendred <jeffery.hendred@drake.edu> wrote:

Mr. Bender,
I am sending out a review of my narrative of you. Your name has been changed to Benjamin for identity security purposes. Please review it and let me know if you approve or prefer an edit.

jeff

*Benjamin*

*"I am African American, Black. That is my race and pretty much my stance."*

Benjamin grew up in the southern region of the United States in a small rural community of about 100 residents. His graduating high school class had 16 students, eight Whites and eight Blacks. Even though the community was small, it was more divided racially than it was together.

Benjamin's parents were proud African Americans who always taught their six children strong moral principles and practical lifesaving advice that kept Benjamin and his siblings physically safe in the racist community they lived in. Benjamin recalls, "they had to talk to you all the time pretty much about what your color meant [such as] you couldn't look at a white female if you were a Black male." In all that his parents taught, the number one lesson was to be proud of your color and make sure that you get an education. This is something, Benjamin's parents said, that no one can take away from you.

Benjamin reflects in his adult life what his parents engrained in him as a youth, the strong morals, ethnic pride, and encouragement to be educated. Benjamin said to this point, "I incorporate everything pretty much what I learned in my youth in my adult life." Regardless of what has happened to Benjamin and other Blacks in his area, to mistreat someone else of a different race is contrary to what his parents taught him,

that is, not to be a hypocrite. Benjamin is proud to be a teacher, and proud of his heritage. He lives to treat people as human beings and to treat them with the same "dealings, as you want to be treated."

Benjamin, looking for a change, wanted to broaden his successful teaching career in another state. He found this Midwest state to be a good fit and especially after his successful interview and hire. Living in a predominantly White (78%) community of 20-30,000 residents, Benjamin teaches at Junction Middle School. Of the teaching staff, Benjamin is one of three teachers of color; he is Black and the two others are Hispanic. The student population is 58 – 60% White, 25 – 30% Hispanic, 5% African American, 3% Pacific Islanders, 2% Asian, and 2% multiracial.