**Case No. 4:23-cv-203-SHL-HCA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| ROBERT BENDER,<br><br>Plaintiff,<br><br>v.<br><br>OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, AND DANA WARNECKE,<br><br>Defendants. | **Case No. 4:23-cv-203**<br><br>**PLAINTIFF'S ANSWERS TO DEENDANTS' FIRST SET OF INTERROGATORIES** |

COMES NOW Plaintiff, Robert Bender, by and through his attorneys, Roxanne Conlin & Associates, P.C., and hereby submits the following Answers to Defendants Ottumwa Community School District, Jerry Miller, and Dana Warnecke's Interrogatories 1-22.

*/s/ Roxanne Conlin*
ROXANNE CONLIN AT0001642
DEVIN C. KELLY AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111 Fax: (515) 282-0477
Email: dkelly@roxanneconlinlaw.com
roxanne@roxanneconlinlaw.com
CC: dpalmer@roxanneconlinlaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by serving each of the attorneys of record herein at their respective addresses disclosed in the pleadings on August 21, 2024, by:

☐ U.S. Mail ☐ Fax
☐ Hand-delivered ☒ Email
☐ Other:

*Signature: /s/ Devin C. Kelly*

Electronically served to:

Margaret Hanson
Logan S. Kraus
DENTONS DAVIS BROWN PC
maggie.hanson@dentons.com
logan.kraus@dentons.com

ATTORNEYS FOR DEFENDANTS

**INTERROGATORY 3.** Identify when any litigation hold related to this matter went into effect to begin evidence preservation. Identify what steps were taken, by whom, and when such steps were started and completed in order to preserve electronic information relevant to this matter.

**Answer: On or around November 2021, Plaintiff began saving all documents, made sure he had documentation over all reports, related documents, and notices from administration, students and any other authority. Plaintiff made sure to keep all of those documents and did not delete anything that was related to and is relevant to the case.**

**INTERROGATORY 10.** Identify each document, not otherwise identified in response to these Interrogatories, in your possession that supports any of the claims raised in this action.

**Answer: Plaintiff has possession of a video recording on his iPhone which shows him taking a referral to the office. Plaintiff also has pictures of the referrals that he wrote on the student.**

**INTERROGATORY 11.** Do you have in your possession or control, or know of the existence of, any transcripts, statements, writings, memoranda, maps, graphs, charts, pictures, photographs, plats, drawings, diaries, journals, blogs, documents, diagrams, measurements, recordings (audio or video), or other data compilations from which information can be obtained concerning any matters relevant to the claims or defenses in the pending action? If so, as to each item or document, state:

a. Its nature;
b. Its subject matter;
c. The date it was made or taken;
d. The name, address, and occupation of the person causing the document or item to be in existence or who made or took the same; and
e. The name, address, and employer of all persons who have the original or any copy of the same.

**Answer:**

**Plaintiff objects to this Interrogatory has overly broad, unduly burdensome, and vague.**

**a. <u>Video</u>**

**i. Plaintiff recorded himself, with his own phone, taking the referral to the office.**

**ii. April 12, 2022.**

**iii. Student with the initials A.L.**

**iv. Plaintiff has a copy of this video.**

**b. <u>Photos</u>**

**i. Plaintiff took pictures of the referrals that he wrote on the student.**

**ii. April 12, 2022, April 05, 2022 & April 19, 2022.**

**iii. Student with the initials A.L.**

**iv. Plaintiff has a copy of these photos.**

**Case No. 4:23-cv-203-SHL-HCA**

## VERIFICATION

I, Robert Bender, have read the foregoing Answers to Interrogatories and I believe them to be true and correct.

Robert Bender  08/19/2024

Signature  Date