Case No. 4:23-cv-203-SHL-HCA

**ROBERT BENDER**
**v.**
**OTTUMWA COMMUNITY SCHOOL DISTRICT,**
**JERRY MILLER, and DANA WARNECKE**

# PLACEHOLDER FOR

## Audio-Hendred Interview of Plaintiff (1-1-22) (0:00-5:30).mp3

**(Audio recording produced in native format)**

**EXHIBIT 233-1**