Case No. 4:23-cv-203-SHL-HCA

**ROBERT BENDER**
**v.**
**OTTUMWA COMMUNITY SCHOOL DISTRICT,**
**JERRY MILLER, and DANA WARNECKE**

**PLACEHOLDER FOR**

**Audio-Hendred Interview of Plaintiff (1-1-22) (15:47-19:28).mp3**

**(Audio recording produced in native format)**

**EXHIBIT 233-2**