# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

ROBERT BENDER,

Plaintiff(s),

v.

OTTUMWA COMMUNITY SCHOOL DISTRICT, JERRY MILLER, and DANA WARNECKE,

Defendant(s),

**CIVIL NUMBER: 4:23-cv-00203-SHL-HCA**

**JUDGMENT IN A CIVIL CASE**

✔ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

✔ **DECISION BY COURT**. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

In accordance with the unanimous verdict of the jury and Order [186], judgment is entered in favor of Plaintiff and against Defendants in the amount of $425,000 as follows: (i) against Defendants Miller and Warnecke on Count I; (ii) - against Defendant Ottumwa Community School District on Count III; and (iii) against all three Defendants on Count IV. The award is joint and several. Costs will be taxed to Defendants.

Dated this 30th day of September, 2026.

CLERK, U.S. DISTRICT COURT

/s/ M. Mast

By: Deputy Clerk